Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Saving Smiles Dentistry Partnership**
(701) 237-4297
5285 42nd Street S
Fargo, ND 58104

**Voucher Date** 05/21/2024
**Voucher Number** 2563

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Advice**
4962    52  05/21/24  2563
**Kathryn Hanson**
10160 Concord Dr
Horace, ND 58047

**Direct Deposit Amount**   ****** 1,433.91

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Kathryn Hanson**                              **May 21, 2024**                                   **2563**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 52 | Loc | FrontDesk | Period Begin | 05/06/24 | Net Pay | 1,433.91 |
| SSN | XXX-XX-9405 | Hire Date | 03/18/24 | Period End | 05/19/24 | Dir Dep | 1,433.91 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 76.33 | 22.000000 | 1,679.26 | 7,629.60 |
| Overtime Earnings | 0.00 | | 0.00 | 85.80 |
| Bonus Earnings | 0.00 | | 0.00 | 0.00 |
| Holiday Earnings | 0.00 | | 0.00 | 0.00 |
| Vacation Earnings | 0.00 | | 0.00 | 0.00 |
| | 76.33 | | 1,679.26 | 7,715.40 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M2-0 | 1,552.69 | 0.00 | 0.00 |
| OASDI | | 1,552.69 | 96.27 | 446.97 |
| Medicare | | 1,552.69 | 22.51 | 104.53 |
| Medicare - Additional | | 1,552.69 | 0.00 | 0.00 |
| North Dakota SITW | M-0 | 1,552.69 | 0.00 | 0.00 |
| | | | 118.78 | 551.50 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pretax Health Insurance | 126.57 | 506.28 |
| | 126.57 | 506.28 |

### Payment Summary for Voucher 2563

| | |
|---|---|
| Total Gross Pay | 1,679.26 |
| Federal Taxes | -118.78 |
| State and Local Taxes | 0.00 |
| Other Deductions | -126.57 |
| Net Pay | 1,433.91 |
| Direct Deposits | -1,433.91 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| Bereave Hrs | | 18.00 |
| Vac Hrs | | 54.00 |
| VTO | | 8.00 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Border Bank | Ends with ***6723 | 1,433.91 |
| | | 1,433.91 |

This code is not included in your Federal taxable wages.

**Saving Smiles Dentistry Partnership**
(701) 237-4297
5285 42nd Street S
Fargo, ND 58104

**Voucher Date** 06/04/2024
**Voucher Number** 2587

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Advice
4962   52   06/04/24   2587
**Kathryn Hanson**
10160 Concord Dr
Horace, ND 58047

**Direct Deposit Amount** ****** 1,500.96

## Kathryn Hanson — June 04, 2024 — 2587

| Emp Id | 52 | Loc | FrontDesk | Period Begin | 05/20/24 | Net Pay | 1,500.96 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SSN | XXX-XX-9405 | Hire Date | 03/18/24 | Period End | 06/02/24 | Dir Dep | 1,500.96 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
| --- | --- | --- | --- | --- |
| Regular Earnings | 70.13 | 22.000000 | 1,542.86 | 9,172.46 |
| Overtime Earnings | 0.00 | | 0.00 | 85.80 |
| Bonus Earnings | 0.00 | | 0.00 | 0.00 |
| Holiday Earnings | 9.00 | 22.000000 | 198.00 | 198.00 |
| Vacation Earnings | 0.50 | 22.000000 | 11.00 | 11.00 |
| | 79.63 | | 1,751.86 | 9,467.26 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
| --- | --- | --- | --- | --- |
| Federal Income Tax | M2-0 | 1,625.29 | 0.00 | 0.00 |
| OASDI | | 1,625.29 | 100.76 | 547.73 |
| Medicare | | 1,625.29 | 23.57 | 128.10 |
| Medicare - Additional | | 1,625.29 | 0.00 | 0.00 |
| North Dakota SITW | M-0 | 1,625.29 | 0.00 | 0.00 |
| | | | 124.33 | 675.83 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
| --- | --- | --- |
| Pretax Health Insurance | 126.57 | 632.85 |
| | 126.57 | 632.85 |

### Payment Summary for Voucher 2587

| | |
| --- | --- |
| Total Gross Pay | 1,751.86 |
| Federal Taxes | -124.33 |
| State and Local Taxes | 0.00 |
| Other Deductions | -126.57 |
| Net Pay | 1,500.96 |
| Direct Deposits | -1,500.96 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
| --- | --- | --- |
| Bereave Hrs | | 18.00 |
| Vac Hrs | | 53.50 |
| VTO | | 8.00 |

### Direct Deposits

| Bank | Account | Current Amt |
| --- | --- | --- |
| Border Bank | Ends with ***6723 | 1,500.96 |
| | | 1,500.96 |

This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Saving Smiles Dentistry Partnership**
(701) 237-4297
5285 42nd Street S
Fargo, ND 58104

**Voucher Date** 06/18/2024
**Voucher Number** 2615

**Direct Deposit Advice**

*** This is not a check***

---

**Direct Deposit Amount** ****** 1,445.49

Direct Deposit Advice
4962   52  06/18/24  2615
**Kathryn Hanson**
10160 Concord Dr
Horace, ND 58047

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

**Kathryn Hanson**       **June 18, 2024**       **2615**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 52 | Loc | FrontDesk | Period Begin | 06/03/24 | Net Pay | 1,445.49 |
| SSN | XXX-XX-9405 | Hire Date | 03/18/24 | Period End | 06/16/24 | Dir Dep | 1,445.49 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 76.90 | 22.000000 | 1,691.80 | 10,864.26 |
| Overtime Earnings | 0.00 | | 0.00 | 85.80 |
| Bonus Earnings | 0.00 | | 0.00 | 0.00 |
| Holiday Earnings | 0.00 | | 0.00 | 198.00 |
| Vacation Earnings | 0.00 | | 0.00 | 11.00 |
| | 76.90 | | 1,691.80 | 11,159.06 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M2-0 | 1,565.23 | 0.00 | 0.00 |
| OASDI | | 1,565.23 | 97.05 | 644.78 |
| Medicare | | 1,565.23 | 22.69 | 150.79 |
| Medicare - Additional | | 1,565.23 | 0.00 | 0.00 |
| North Dakota SITW | M-0 | 1,565.23 | 0.00 | 0.00 |
| | | | 119.74 | 795.57 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pretax Health Insurance | 126.57 | 759.42 |
| | 126.57 | 759.42 |

### Payment Summary for Voucher 2615

| | |
|---|---|
| Total Gross Pay | 1,691.80 |
| Federal Taxes | -119.74 |
| State and Local Taxes | 0.00 |
| Other Deductions | -126.57 |
| Net Pay | 1,445.49 |
| Direct Deposits | -1,445.49 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| Bereave Hrs | | 18.00 |
| Vac Hrs | | 53.50 |
| VTO | | 8.00 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Border Bank | Ends with ***6723 | 1,445.49 |
| | | 1,445.49 |

This code is not included in your Federal taxable wages.

**Saving Smiles Dentistry Partnership**
(701) 237-4297
5285 42nd Street S
Fargo, ND 58104

**Voucher Date** 07/03/2024
**Voucher Number** 2662

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Amount**         ******** 954.02

Direct Deposit Advice
4962    52  07/03/24  2662
**Kathryn Hanson**
10160 Concord Dr
Horace, ND 58047

| Kathryn Hanson | | | July 03, 2024 | | | | 2662 |
|---|---|---|---|---|---|---|---|
| Emp Id | 52 | Loc | FrontDesk | Period Begin | 07/02/24 | Net Pay | 954.02 |
| SSN | XXX-XX-9405 | Hire Date | 03/18/24 | Period End | 07/02/24 | Dir Dep | 954.02 |
| Clock | XXXX | Status | A | Check Type | **Bonus** | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 0.00 | | 0.00 | 12,516.90 |
| Overtime Earnings | 0.00 | | 0.00 | 85.80 |
| Bonus Earnings | 0.00 | | 1,033.05 | 1,033.05 |
| Holiday Earnings | 0.00 | | 0.00 | 198.00 |
| Vacation Earnings | 0.00 | | 0.00 | 55.00 |
| | 0.00 | | 1,033.05 | 13,888.75 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M2-0 | 1,033.05 | 0.00 | 0.00 |
| OASDI | | 1,033.05 | 64.05 | 806.17 |
| Medicare | | 1,033.05 | 14.98 | 188.54 |
| Medicare - Additional | | 1,033.05 | 0.00 | 0.00 |
| North Dakota SITW | M-0 | 1,033.05 | 0.00 | 0.00 |
| | | | 79.03 | 994.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pretax Health Insurance | 0.00 | 885.99 |
| | 0.00 | 885.99 |

### Payment Summary for Voucher 2662

| | |
|---|---|
| Total Gross Pay | 1,033.05 |
| Federal Taxes | -79.03 |
| State and Local Taxes | 0.00 |
| Other Deductions | 0.00 |
| Net Pay | 954.02 |
| Direct Deposits | -954.02 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| Bereave Hrs | | 18.00 |
| Vac Hrs | | 51.50 |
| VTO | | 8.00 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Bell Bank | Ends with ***2642 | 954.02 |
| | | 954.02 |

This code is not included in your Federal taxable wages.

**Saving Smiles Dentistry Partnership**
(701) 237-4297
5285 42nd Street S
Fargo, ND 58104

Voucher Date: 07/03/2024
Voucher Number: 2641

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Advice
4962   52  07/03/24  2641
**Kathryn Hanson**
10160 Concord Dr
Horace, ND 58047

Direct Deposit Amount    ****** 1,449.96

| Kathryn Hanson | July 03, 2024 | 2641 |

| Emp Id | 52 | Loc | FrontDesk | Period Begin | 06/17/24 | Net Pay | 1,449.96 |
| SSN | XXX-XX-9405 | Hire Date | 03/18/24 | Period End | 06/30/24 | Dir Dep | 1,449.96 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 75.12 | 22.000000 | 1,652.64 | 12,516.90 |
| Overtime Earnings | 0.00 | | 0.00 | 85.80 |
| Bonus Earnings | 0.00 | | 0.00 | 1,033.05 |
| Holiday Earnings | 0.00 | | 0.00 | 198.00 |
| Vacation Earnings | 2.00 | 22.000000 | 44.00 | 55.00 |
| | 77.12 | | 1,696.64 | 13,888.75 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M2-0 | 1,570.07 | 0.00 | 0.00 |
| OASDI | | 1,570.07 | 97.34 | 806.17 |
| Medicare | | 1,570.07 | 22.77 | 188.54 |
| Medicare - Additional | | 1,570.07 | 0.00 | 0.00 |
| North Dakota SITW | M-0 | 1,570.07 | 0.00 | 0.00 |
| | | | 120.11 | 994.71 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pretax Health Insurance | 126.57 | 885.99 |
| | 126.57 | 885.99 |

### Payment Summary for Voucher 2641

| | |
|---|---|
| Total Gross Pay | 1,696.64 |
| Federal Taxes | -120.11 |
| State and Local Taxes | 0.00 |
| Other Deductions | -126.57 |
| Net Pay | 1,449.96 |
| Direct Deposits | -1,449.96 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| Bereave Hrs | | 18.00 |
| Vac Hrs | | 51.50 |
| VTO | | 8.00 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Bell Bank | Ends with ***2642 | 1,449.96 |
| | | 1,449.96 |

This code is not included in your Federal taxable wages.

**Name:** MARCUS W. HANSON                                                                 **Check Date:**

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 37.00 | | | 1846.15 | | 3.00 | | | PTOPD | 6-02-24 to |
| | | | | | 2.31 | | | ERNPTO | 6-08-24 |
| | | | | | 19.13 | | | PTOBAL | |

**Total Pay:** 1846.15

### Deductions This Period

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |
|---|---|---|---|---|---|---|---|---|---|
| NETDEP | 1539.84 | | | | | | | | |

**Total Deductions:** 306.31

### Employee Information / Year to Date Totals

MARCUS W. HANSON  
XXX-XX-4302    1762

| FWH | 1037.27 | 401KPV | .00 | ROTH | .00 |
| SWH | 336.00 | 401K | .00 | GROSS | 41107.62 |

**NET PAY:** .00

---

**COMSTOCK CONSTRUCTION, INC.**
280 - 11TH ST. S.
WAHPETON, ND 58075

BELL BANK
717 2ND AVE N
WAHPETON, ND 58075
77-1052/913

**DIRECT DEPOSIT STATEMENT**

| Date | Type | Account | Amount |
|---|---|---|---|
| 6-14-2024 | NETDEP | XXX2892 | 1539.84 |

PAY DEPOSITED

TO THE ORDER OF: MARCUS W. HANSON
10160 CONCORD DRIVE
HORACE, ND 58047

** COPY **

Net Pay         1539.84
Total Deposit   1539.84
Check Amount        .00

---

**COMSTOCK CONSTRUCTION, INC.**

**Name:** MARCUS W. HANSON                                                                 **Check Date:**

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 37.00 | | | 1846.15 | | 3.00 | | | PTOPD | 6-02-24 to |
| | | | | | 2.31 | | | ERNPTO | 6-08-24 |
| | | | | | 19.13 | | | PTOBAL | |

**Total Pay:** 1846.15

### Deductions This Period

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |
|---|---|---|---|---|---|---|---|---|---|
| NETDEP | 1539.84 | | | | | | | | |

**Total Deductions:** 306.31

### Employee Information / Year to Date Totals

MARCUS W. HANSON  
XXX-XX-4302    1762

| FWH | 1037.27 | 401KPV | .00 | ROTH | .00 |
| SWH | 336.00 | 401K | .00 | GROSS | 41107.62 |

**NET PAY:** .00

---

**COMSTOCK CONSTRUCTION, INC.**
280 - 11TH ST. S.
WAHPETON, ND 58075

BELL BANK
717 2ND AVE N
WAHPETON, ND 58075
77-1052/913

**DIRECT DEPOSIT STATEMENT**

| Date | Type | Account | Amount |
|---|---|---|---|
| 6-14-2024 | NETDEP | XXX2892 | 1539.84 |

PAY DEPOSITED

TO THE ORDER OF: MARCUS W. HANSON
10160 CONCORD DRIVE
HORACE, ND 58047

Net Pay         1539.84
Total Deposit   1539.84
Check Amount        .00

** Non - Negotiable **

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 40.00 | | | 1846.15 | | 2.31 | | | ERNPTO | 6-09-24 to |
| | | | | | 21.44 | | | PTOBAL | 6-15-24 |

Name: MARCUS W. HANSON         Check Date:

Total Pay: 1846.15

**Deductions This Period**

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |
| NETDEP | 1539.84 | | | | | | | | |

Total Deductions: 306.31

| Employee Information | Year to Date Totals | NET PAY |
|---|---|---|
| MARCUS W. HANSON  XXX-XX-4302  1762 | FWH 1082.31  401KPV .00  ROTH .00  SWH 351.00  401K .00  GROSS 42953.77 | .00 |

**COMSTOCK CONSTRUCTION, INC.**
280 - 11TH ST. S.
WAHPETON, ND 58075

BELL BANK
717 2ND AVE N
WAHPETON, ND 58075
77-1052/913

**DIRECT DEPOSIT STATEMENT**

| Date | Type | Account | Amount |
|---|---|---|---|
| 6-21-2024 | NETDEP | XXXXXX1594 | 1539.84 |

PAY   DEPOSITED

TO THE ORDER OF:
MARCUS W. HANSON
10160 CONCORD DRIVE
HORACE, ND 58047

**COPY**

Net Pay        1539.84
Total Deposit  1539.84
Check Amount       .00

---

**COMSTOCK CONSTRUCTION, INC.**

Name: MARCUS W. HANSON         Check Date:

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 40.00 | | | 1846.15 | | 2.31 | | | ERNPTO | 6-09-24 to |
| | | | | | 21.44 | | | PTOBAL | 6-15-24 |

Total Pay: 1846.15

**Deductions This Period**

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |
| NETDEP | 1539.84 | | | | | | | | |

Total Deductions: 306.31

| Employee Information | Year to Date Totals | NET PAY |
|---|---|---|
| MARCUS W. HANSON  XXX-XX-4302  1762 | FWH 1082.31  401KPV .00  ROTH .00  SWH 351.00  401K .00  GROSS 42953.77 | .00 |

**COMSTOCK CONSTRUCTION, INC.**
280 - 11TH ST. S.
WAHPETON, ND 58075

BELL BANK
717 2ND AVE N
WAHPETON, ND 58075
77-1052/913

**DIRECT DEPOSIT STATEMENT**

| Date | Type | Account | Amount |
|---|---|---|---|
| 6-21-2024 | NETDEP | XXXXXX1594 | 1539.84 |

PAY   DEPOSITED

TO THE ORDER OF:
MARCUS W. HANSON
10160 CONCORD DRIVE
HORACE, ND 58047

Net Pay        1539.84
Total Deposit  1539.84
Check Amount       .00

** Non - Negotiable **



# COMSTOCK CONSTRUCTION, INC.

Name: MARCUS W. HANSON                                                                 Check Date:

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 38.00 | | | 1846.15 | | 2.00 | | | PTOPD | 6-16-24 to |
| | | | | | 2.31 | | | ERNPTO | 6-22-24 |
| | | | | | 21.75 | | | PTOBAL | |

**Total Pay**
1846.15

**Deductions This Period**

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |
| NETDEP | 1539.84 | | | | | | | | |

**Total Deductions**
306.31

**Employee Information**                **Year to Date Totals**                    **NET PAY**

MARCUS W. HANSON
XXX-XX-4302    1762

| FWH | 1127.35 | 401KPV | .00 | ROTH | .00 |
| SWH | 366.00 | 401K | .00 | GROSS | 44799.92 |

.00

---

# COMSTOCK CONSTRUCTION, INC.
280 - 11TH ST. S.
WAHPETON, ND 58075

BELL BANK
717 2ND AVE N
WAHPETON, ND 58075
77-1052/913

# DIRECT DEPOSIT STATEMENT

| Date | Type | Account | Amount |
| 6-28-2024 | NETDEP | XXXXXX1594 | 1539.84 |

PAY    DEPOSITED

TO THE    MARCUS W. HANSON
ORDER    10160 CONCORD DRIVE
OF        HORACE, ND  58047

Net Pay         1539.84
Total Deposit   1539.84
Check Amount        .00

**\*\* Non - Negotiable \*\***

**Name:** MARCUS W. HANSON    **Check Date:**

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 40.00 | | | 1846.15 | | 2.31 | | | ERNPTO | 6-23-24 to |
| | | | | | 24.06 | | | PTOBAL | 6-29-24 |

**Total Pay:** 1846.15

### Deductions This Period

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |

**Total Deductions:** 306.31

### Employee Information / Year to Date Totals

MARCUS W. HANSON  
XXX-XX-4302    1762

| FWH | 1172.39 | 401KPV | .00 | ROTH | .00 |
| SWH | 381.00 | 401K | .00 | GROSS | 46646.07 |

**NET PAY:** .00

---

**COMSTOCK CONSTRUCTION, INC.**  
280 - 11TH ST. S.  
WAHPETON, ND 58075

BELL BANK  
717 2ND AVE N  
WAHPETON, ND 58075  
77-1052/913

**DIRECT DEPOSIT STATEMENT**

| Date | Type | Account | Amount |
|---|---|---|---|
| 7-05-2024 | NETDEP | XXXXXX1594 | 1539.84 |

**PAY** DEPOSITED

**TO THE ORDER OF**  
MARCUS W. HANSON  
10160 CONCORD DRIVE  
HORACE, ND 58047

**\*\* C O P Y \*\***

Net Pay    1539.84  
Total Deposit    1539.84  
Check Amount    .00

**COMSTOCK CONSTRUCTION, INC.**

**Name:** MARCUS W. HANSON    **Check Date:**

| Hours | | Rate | Earnings | | Other Pay | | | | Pay Period |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Overtime | | Regular | Overtime | Rate | Basis | Amount | Description | |
| 40.00 | | | 1846.15 | | 2.31 | | | ERNPTO | 6-23-24 to |
| | | | | | 24.06 | | | PTOBAL | 6-29-24 |

**Total Pay:** 1846.15

### Deductions This Period

| FWH | 45.04 | MED | 25.12 | SOC | 107.41 | NDSWH | 15.00 | FLEX | 113.74 |
| NETDEP | 1539.84 | | | | | | | | |

**Total Deductions:** 306.31

### Employee Information / Year to Date Totals

MARCUS W. HANSON  
XXX-XX-4302    1762

| FWH | 1172.39 | 401KPV | .00 | ROTH | .00 |
| SWH | 381.00 | 401K | .00 | GROSS | 46646.07 |

**NET PAY:** .00

---

**COMSTOCK CONSTRUCTION, INC.**  
280 - 11TH ST. S.  
WAHPETON, ND 58075

BELL BANK  
717 2ND AVE N  
WAHPETON, ND 58075  
77-1052/913

**DIRECT DEPOSIT STATEMENT**

| Date | Type | Account | Amount |
|---|---|---|---|
| 7-05-2024 | NETDEP | XXXXXX1594 | 1539.84 |

**PAY** DEPOSITED

**TO THE ORDER OF**  
MARCUS W. HANSON  
10160 CONCORD DRIVE  
HORACE, ND 58047

Net Pay    1539.84  
Total Deposit    1539.84  
Check Amount    .00

**\*\* Non - Negotiable \*\***