Certificate Number: 03088-ND-CC-038636454



03088-ND-CC-038636454

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 5, 2024</u>, at <u>10:13</u> o'clock <u>AM CDT</u>, <u>Kathryn B Hanson</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>District of North Dakota</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>July 5, 2024</u>                                   By:      <u>/s/Katherine Minnich</u>

                                                                                  Name:   <u>Katherine Minnich</u>

                                                                                  Title:    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 03088-ND-CC-038636453



03088-ND-CC-038636453

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 5, 2024</u>, at <u>10:13</u> o'clock <u>AM CDT</u>, <u>Marcus W Hanson</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>District of North Dakota</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 5, 2024</u>                    By:     <u>/s/Katherine Minnich</u>

                                            Name:   <u>Katherine Minnich</u>

                                            Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).