Certificate Number: 03088-ND-DE-038647987

Bankruptcy Case Number: 24-30287



03088-ND-DE-038647987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2024, at 12:14 o'clock PM CDT, Kathryn B Hanson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date: July 9, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor