Certificate Number: 03088-ND-DE-038647984

Bankruptcy Case Number: 24-30287



03088-ND-DE-038647984

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2024, at 12:14 o'clock PM CDT, Marcus W Hanson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date:   July 9, 2024                          By:      /s/Doug Tonne

                                              Name:   Doug Tonne

                                              Title:   Counselor