United States Bankruptcy Court

District of North Dakota

In re: Case No. 24-30287-skh

Marcus Wayne Hanson   Chapter 7

Kathryn Brooke Hanson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 309A | Total Noticed: 108 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Marcus Wayne Hanson, Kathryn Brooke Hanson, 10160 Concord Drive, West Fargo, ND 58078 |
| 1101335 | + | ABST Law, PO Box 10247, Fargo, ND 58106-0247 |
| 1101336 | + | Ace Hardware, Po Box 577, Thief River Falls, MN 56701-0577 |
| 1101337 | + | Ace Rental, 118 Main Ave N, Thief River Falls, MN 56701-1902 |
| 1101344 | + | Atlantic Specialty Insurance Company, c/o Gregerson, Rosow, Johnson & Nilan, L, 100 Washington Avenue South Suite 1550, Minneapolis, MN 55401-2154 |
| 1101345 | + | Atlantic Specialty Insurance Company, 605 Highway 169 North Suite 800, Minneapolis, MN 55441-6533 |
| 1101348 | | Bill Me Later, 2211 N 1st ST, Eloy, AZ 85131 |
| 1101349 | + | Blue Cross Blue Shield, PO Box 64560, Saint Paul, MN 55164-0560 |
| 1101350 | + | Border Bank, PO Box 69, Badger, MN 56714-0069 |
| 1101351 | | Border Bank, PO Box 280, Greenbush, MN 56726-0280 |
| 1101352 | + | Brady Martz, 100 3rd St E, Thief River Falls, MN 56701-2006 |
| 1101353 | + | Bredeson Office Supply, 215 Main Ave N, Thief River Falls, MN 56701-1903 |
| 1101354 | + | Brodin Comfort System, 1902 Hwy 32 S, Thief River Falls, MN 56701-4511 |
| 1101355 | | Brodin Comfort Systems, PO Box 270, Grafton, ND 58237-0270 |
| 1101356 | + | Brown Joseph, One Pierce Place Suite 700 W, Itasca, IL 60143-1218 |
| 1101361 | | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 1101364 | + | Chris Manning, 1211 Arnold Ave, Thief River Falls, MN 56701-1119 |
| 1101365 | + | City of Thief River Falls, PO Box 528, Thief River Falls, MN 56701-0528 |
| 1101366 | | College Ave Student Loans, Carol Stream, IL 60197 |
| 1101368 | + | Construction Supply, 2410 5th Ave N, Fargo, ND 58102-4022 |
| 1101370 | + | Dakota Fire, PO Box 5327, Grand Forks, ND 58206-5327 |
| 1101373 | + | Falls Electric, 720 Dawn Ave, Thief River Falls, MN 56701-1049 |
| 1101378 | + | Garden Valley, Po Box 259, Erskine, MN 56535-0259 |
| 1101383 | + | Hanmi Bank, 15910 Ventura Blvd, Encino, CA 91436-2802 |
| 1101384 | + | Hanson Construction of Thief River Falls, 16210 150th St NE, Thief River Falls, MN 56701-8473 |
| 1101385 | + | Harbott Knutson Larson, PO Box 457, Big Sky, MT 59716-0457 |
| 1101386 | + | Huberts Outdoor Power, 17269 US Hwy 59 NE, Thief River Falls, MN 56701-8545 |
| 1101389 | + | Internal Auditing Service, PO Box 132, Lake Park, MN 56554-0132 |
| 1101391 | + | Kennelly, 1213 NP Ave Suite 301, Fargo, ND 58102-4798 |
| 1101392 | + | Knox Re, Inc., 16210 150th St NE, Thief River Falls, MN 56701-8473 |
| 1101397 | + | LM Supply, PO Box 55744-0280 |
| 1101393 | + | Lee Plumbing, 1430 Main Ave N, Thief River Falls, MN 56701-1142 |
| 1101394 | + | Less Sanitation, PO Box 757, Thief River Falls, MN 56701-0757 |
| 1101398 | + | Marshall Cty Treasurer, 208 East Colvin Ave STE 12, Warren, MN 56762-1692 |
| 1101404 | + | Northdale Oil, 3000 Heartland Dr, Grand Forks, ND 58201-3310 |
| 1101405 | + | Otis Elevator Co, PO Box 73579, Chicago, IL 60673-7579 |
| 1101406 | + | Paint and Glass Interiors, Inc., 324 Horace Ave N, Thief River Falls, MN 56701-2027 |
| 1101407 | + | Pennington Cty Treasurer, PO Box 616, Thief River Falls, MN 56701-0616 |
| 1101408 | + | Peterson Lumber, PO Box 678, Thief River Falls, MN 56701-0678 |
| 1101409 | + | Premium Waters, PO Box 9128, Minneapolis, MN 55480-9128 |
| 1101411 | + | RCB Collections, PO Box 706, Hibbing, MN 55746-0706 |
| 1101410 | + | Rausch Milliken, PO Box 8390, Metairie, LA 70011-8390 |
| 1101412 | + | Red Lake Electric, PO BOX 430, Red Lake Falls, MN 56750-0430 |
| 1101415 | + | Stone Saunders, 1391 W 5th Ave STE 226, Columbus, OH 43212-2902 |

| District/off: 0868-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 309A | Total Noticed: 108 |

| | | |
|---|---|---|
| 1101416 | | Sws Credit Services In, PO Box 270, Grafton, ND 58237-0270 |
| 1101424 | | Td Retail Card/Cub Cadet, Attn: Bankruptcy, PO Box 100114, Columbia, SC 29202-3114 |
| 1101423 | | Td Retail Card/Cub Cadet, Columbia, SC 29202 |
| 1101427 | + | Thief River Ford, 802 3rd St W, Thief River Falls, MN 56701-1803 |
| 1101428 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |
| 1101429 | | United Employees Cu, 430 Bridge Ave, Albert Lea, MN 56007-2953 |
| 1101430 | + | Velde Moore, 1118 Broadway, Alexandria, MN 56308-2530 |
| 1101432 | | Veridian Credit Union, 402 Gammon Pl, Ste 240, Madison, WI 53719-1074 |
| 1101435 | + | Wagoner Falcon, 100 S 5th St #800, Minneapolis, MN 55402-5357 |
| 1101440 | + | Widseth, 216 S Main St, Crookston, MN 56716-1939 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Jul 09 2024 18:42:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| tr | | EDI: BGWDOELING.COM | Jul 09 2024 22:49:00 | Gene W Doeling, Bankruptcy Trustee, 3429 Interstate Blvd. S., P.O. Box 9231, Fargo, ND 58106-9231 |
| 1101338 | | Email/Text: solutionsbankruptcy@affinityplus.org | Jul 09 2024 18:42:00 | Affinity Plus Federal Credit Union, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1101339 | | Email/Text: solutionsbankruptcy@affinityplus.org | Jul 09 2024 18:42:00 | Affinity Plus Federal Credit Union, Attn: Bankruptcy, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1101341 | | EDI: GMACFS.COM | Jul 09 2024 22:49:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 1101340 | | EDI: GMACFS.COM | Jul 09 2024 22:49:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 1101343 | | Email/PDF: bncnotices@becket-lee.com | Jul 09 2024 18:53:35 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 1101342 | | Email/PDF: bncnotices@becket-lee.com | Jul 09 2024 18:53:38 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 1101347 | | Email/Text: bnddealforms@nd.gov | Jul 09 2024 18:42:00 | Bank of North Dakota, Attn: Bankruptcy, PO Box 5509, Bismarck, ND 58506-5509 |
| 1101346 | | Email/Text: bnddealforms@nd.gov | Jul 09 2024 18:42:00 | Bank of North Dakota, PO Box 5509, Bismarck, ND 58506-5509 |
| 1101367 | | Email/Text: bankruptcy@collegeave.com | Jul 09 2024 18:42:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N King St, Ste 400, Wilmington, DE 19801-2545 |
| 1101357 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 09 2024 18:42:35 | Caine & Weiner, 338 Harris Hill RD STE 206, Buffalo, NY 14221-7470 |
| 1101359 | | EDI: CAPITALONE.COM | Jul 09 2024 22:49:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1101358 | | EDI: CAPITALONE.COM | Jul 09 2024 22:49:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 1101360 | ^ | MEBN | Jul 09 2024 18:42:16 | Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 1101362 | | EDI: CAPONEAUTO.COM | Jul 09 2024 22:49:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 1101363 | + | Email/Text: bmg.bankruptcy@centurylink.com | Jul 09 2024 18:42:00 | Century Link, Po Box 2961, Phoenix, AZ 85062-2961 |
| 1101369 | + | Email/Text: bknotify@creditserviceintl.com | Jul 09 2024 18:42:00 | Credit Service International, 630 S Green Bay Rd |

| District/off: 0868-3 | User: admin | | Page 3 of 4 |
| --- | --- | --- | --- |
| Date Rcvd: Jul 09, 2024 | Form ID: 309A | | Total Noticed: 108 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | STE 3, Neenah, WI 54956-3190 |
| 1101371 | | EDI: DISCOVER | Jul 09 2024 22:49:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 1101372 | | EDI: DISCOVER | Jul 09 2024 22:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 1101377 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 09 2024 18:42:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 1101376 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 09 2024 18:42:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 1101374 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 09 2024 18:42:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 1101375 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 09 2024 18:42:00 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 1101379 | | EDI: PHINAMERI.COM | Jul 09 2024 22:49:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 1101380 | | EDI: PHINAMERI.COM | Jul 09 2024 22:49:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 1101381 | + | Email/Text: dpetersen@greatamerica.com | Jul 09 2024 18:42:00 | Great American Financial, PO Box 660831, Dallas, TX 75266-0831 |
| 1101382 | ^ | MEBN | Jul 09 2024 18:42:17 | Greenburg Grant Richards, 5858 Westheimer Ste 500, Houston, TX 77057-5645 |
| 1101387 | + | EDI: LCIICSYSTEM | Jul 09 2024 22:49:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 1101388 | | Email/Text: collections@idealcu.com | Jul 09 2024 18:42:00 | Ideal Credit Union, 8499 Tamarack Rd, Woodbury, MN 55125-9201 |
| 1101390 | | EDI: IRS.COM | Jul 09 2024 22:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1101395 | | Email/Text: EBNBKNOT@ford.com | Jul 09 2024 18:42:00 | Lincoln Automotive Finance, PO Box 542000, Omaha, NE 68154-8000 |
| 1101396 | | Email/Text: EBNBKNOT@ford.com | Jul 09 2024 18:42:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 1101403 | + | Email/Text: christopher.murphy1@wecenergygroup.com | Jul 09 2024 18:42:00 | MN Energy, PO Box 6040, Carol Stream, IL 60197-6040 |
| 1101401 | + | EDI: MINNDEPREV.COM | Jul 09 2024 22:49:00 | Minnesota Department of Revenue, PO Box 64649, Saint Paul, MN 55164-0649 |
| 1101402 | + | Email/Text: mdes.bkpt.tax@state.mn.us | Jul 09 2024 18:42:00 | Minnesota Unemployment Ins, PO Box 4629, Saint Paul, MN 55101-4629 |
| 1101411 | + | Email/Text: a.bonelli@rcbcollections.com | Jul 09 2024 18:42:00 | RCB Collections, PO Box 706, Hibbing, MN 55746-0706 |
| 1101414 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 09 2024 18:42:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 1101413 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 09 2024 18:42:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 1101417 | + | EDI: SYNC | Jul 09 2024 22:49:00 | Syncb/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 1101418 | | EDI: SYNC | Jul 09 2024 22:49:00 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 1101419 | + | EDI: SYNC | Jul 09 2024 22:49:00 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 1101420 | | EDI: SYNC | | |

| District/off: 0868-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 309A | Total Noticed: 108 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 09 2024 22:49:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 1101422 | | EDI: LCITDAUTO | Jul 09 2024 22:49:00 | Td Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 1101421 | | EDI: LCITDAUTO | Jul 09 2024 22:49:00 | Td Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 1101425 | | Email/Text: banko@hestark.com | Jul 09 2024 18:42:00 | The Stark Agency, Attn: Bankruptcy, PO Box 45710, Madison, WI 53744-5710 |
| 1101426 | | Email/Text: banko@hestark.com | Jul 09 2024 18:42:00 | The Stark Collection A, 402 Gammon Pl, Ste 240, Madison, WI 53719-1074 |
| 1101434 | | Email/Text: bankruptcy@veridiancu.org | Jul 09 2024 18:42:00 | Veridian Credit Union, Attn: Bankruptcy, PO Box 6000, Waterloo, IA 50704-6000 |
| 1101431 | + | Email/Text: bankruptcy@veridiancu.org | Jul 09 2024 18:42:00 | Veridian, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 1101433 | | Email/Text: bankruptcy@veridiancu.org | Jul 09 2024 18:42:00 | Veridian Credit Union, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 1101436 | | EDI: WFFC2 | Jul 09 2024 22:49:00 | Wells Fargo Dealer Services, PO Box 71092, Charlotte, NC 28272-1092 |
| 1101437 | | EDI: WFFC2 | Jul 09 2024 22:49:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 1101439 | | EDI: WFFC2 | Jul 09 2024 22:49:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |
| 1101438 | | EDI: WFFC2 | Jul 09 2024 22:49:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 1101441 | + | Email/Text: bkfilings@zwickerpc.com | Jul 09 2024 18:42:00 | Zwicker & Associates, P.C., 80 Minuteman RD, Andover, MA 01810-1008 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1101399 | | Mid America Steel Inc |
| 1101400 | | Mid America Steel Inc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2024                    Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Marcus Wayne Hanson<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4302<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Kathryn Brooke Hanson<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9405<br>EIN: __–_____ |
| United States Bankruptcy Court: District of North Dakota | | Date case filed for chapter: 7   7/8/24 |
| Case number: 24–30287 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Marcus Wayne Hanson | Kathryn Brooke Hanson |
| 2. | All other names used in the last 8 years | aka Marc Hanson | aka Katie Hanson |
| 3. | Address | 10160 Concord Drive<br>West Fargo, ND 58078 | 10160 Concord Drive<br>West Fargo, ND 58078 |
| 4. | Debtor's attorney<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone 701–394–3215<br>Email: mac@mbvesq.com |
| 5. | Bankruptcy trustee<br>Name and address | Gene W Doeling<br>Bankruptcy Trustee<br>3429 Interstate Blvd. S.<br>P.O. Box 9231<br>Fargo, ND 58106–9231 | Contact phone 701–232–8757<br>Email: heather@kaler–doeling.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | 655 1ST AVENUE NORTH, SUITE 210 FARGO, ND 58102 | Hours open: 8:00am–4:30pm Mon–Fri |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone (701) 297–7100 |
| | | | Date: 7/9/24 |
| 7. | **Meeting of creditors** | **August 16, 2024 at 09:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc.** | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 980 141 0397, and Passcode 3977356318 OR, call (1) 701–607–6750** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/15/24** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**