United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30287-skh

Marcus Wayne Hanson  Chapter 7

Kathryn Brooke Hanson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 5

Date Rcvd: Jul 22, 2024      Form ID: ntcasset      Total Noticed: 108

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Marcus Wayne Hanson, Kathryn Brooke Hanson, 10160 Concord Drive, West Fargo, ND 58078 |
| 1101335 | + | ABST Law, PO Box 10247, Fargo, ND 58106-0247 |
| 1101336 | + | Ace Hardware, Po Box 577, Thief River Falls, MN 56701-0577 |
| 1101337 | + | Ace Rental, 118 Main Ave N, Thief River Falls, MN 56701-1902 |
| 1101345 | + | Atlantic Specialty Insurance Company, 605 Highway 169 North Suite 800, Minneapolis, MN 55441-6533 |
| 1101344 | + | Atlantic Specialty Insurance Company, c/o Gregerson, Rosow, Johnson & Nilan, L, 100 Washington Avenue South Suite 1550, Minneapolis, MN 55401-2154 |
| 1101348 | | Bill Me Later, 2211 N 1st ST, Eloy, AZ 85131 |
| 1101349 | + | Blue Cross Blue Shield, PO Box 64560, Saint Paul, MN 55164-0560 |
| 1101350 | + | Border Bank, PO Box 69, Badger, MN 56714-0069 |
| 1101351 | | Border Bank, PO Box 280, Greenbush, MN 56726-0280 |
| 1101352 | + | Brady Martz, 100 3rd St E, Thief River Falls, MN 56701-2006 |
| 1101353 | + | Bredeson Office Supply, 215 Main Ave N, Thief River Falls, MN 56701-1903 |
| 1101354 | + | Brodin Comfort System, 1902 Hwy 32 S, Thief River Falls, MN 56701-4511 |
| 1101355 | | Brodin Comfort Systems, PO Box 270, Grafton, ND 58237-0270 |
| 1101356 | + | Brown Joseph, One Pierce Place Suite 700 W, Itasca, IL 60143-1218 |
| 1101361 | | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 1101364 | + | Chris Manning, 1211 Arnold Ave, Thief River Falls, MN 56701-1119 |
| 1101365 | + | City of Thief River Falls, PO Box 528, Thief River Falls, MN 56701-0528 |
| 1101366 | | College Ave Student Loans, Carol Stream, IL 60197 |
| 1101368 | + | Construction Supply, 2410 5th Ave N, Fargo, ND 58102-4022 |
| 1101370 | + | Dakota Fire, PO Box 5327, Grand Forks, ND 58206-5327 |
| 1101373 | + | Falls Electric, 720 Dawn Ave, Thief River Falls, MN 56701-1049 |
| 1101378 | + | Garden Valley, Po Box 259, Erskine, MN 56535-0259 |
| 1101383 | + | Hanmi Bank, 15910 Ventura Blvd, Encino, CA 91436-2802 |
| 1101384 | + | Hanson Construction of Thief River Falls, 16210 150th St NE, Thief River Falls, MN 56701-8473 |
| 1101385 | + | Harbott Knutson Larson, PO Box 457, Big Sky, MT 59716-0457 |
| 1101386 | + | Huberts Outdoor Power, 17269 US Hwy 59 NE, Thief River Falls, MN 56701-8545 |
| 1101389 | + | Internal Auditing Service, PO Box 132, Lake Park, MN 56554-0132 |
| 1101391 | + | Kennelly, 1213 NP Ave Suite 301, Fargo, ND 58102-4798 |
| 1101392 | + | Knox Re, Inc., 16210 150th St NE, Thief River Falls, MN 56701-8473 |
| 1101397 | + | LM Supply, PO Box 55744-0280 |
| 1101393 | + | Lee Plumbing, 1430 Main Ave N, Thief River Falls, MN 56701-1142 |
| 1101394 | + | Less Sanitation, PO Box 757, Thief River Falls, MN 56701-0757 |
| 1101398 | + | Marshall Cty Treasurer, 208 East Colvin Ave STE 12, Warren, MN 56762-1692 |
| 1101404 | + | Northdale Oil, 3000 Heartland Dr, Grand Forks, ND 58201-3310 |
| 1101405 | + | Otis Elevator Co, PO Box 73579, Chicago, IL 60673-7579 |
| 1101406 | + | Paint and Glass Interiors, Inc., 324 Horace Ave N, Thief River Falls, MN 56701-2027 |
| 1101407 | + | Pennington Cty Treasurer, PO Box 616, Thief River Falls, MN 56701-0616 |
| 1101408 | + | Peterson Lumber, PO Box 678, Thief River Falls, MN 56701-0678 |
| 1101409 | + | Premium Waters, PO Box 9128, Minneapolis, MN 55480-9128 |
| 1101410 | + | Rausch Milliken, PO Box 8390, Metairie, LA 70011-8390 |
| 1101412 | + | Red Lake Electric, PO BOX 430, Red Lake Falls, MN 56750-0430 |
| 1101415 | + | Stone Saunders, 1391 W 5th Ave STE 226, Columbus, OH 43212-2902 |
| 1101416 | | Sws Credit Services In, PO Box 270, Grafton, ND 58237-0270 |

| Recip ID | | Address |
|---|---|---|
| 1101424 | | Td Retail Card/Cub Cadet, Attn: Bankruptcy, PO Box 100114, Columbia, SC 29202-3114 |
| 1101423 | | Td Retail Card/Cub Cadet, Columbia, SC 29202 |
| 1101427 | + | Thief River Ford, 802 3rd St W, Thief River Falls, MN 56701-1803 |
| 1101428 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |
| 1101429 | | United Employees Cu, 430 Bridge Ave, Albert Lea, MN 56007-2953 |
| 1101430 | + | Velde Moore, 1118 Broadway, Alexandria, MN 56308-2530 |
| 1101432 | | Veridian Credit Union, 402 Gammon Pl, Ste 240, Madison, WI 53719-1074 |
| 1101435 | + | Wagoner Falcon, 100 S 5th St #800, Minneapolis, MN 55402-5357 |
| 1101440 | + | Widseth, 216 S Main St, Crookston, MN 56716-1939 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 22 2024 22:53:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1101338 | | Email/Text: solutionsbankruptcy@affinityplus.org | Jul 22 2024 18:52:00 | Affinity Plus Federal Credit Union, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1101339 | | Email/Text: solutionsbankruptcy@affinityplus.org | Jul 22 2024 18:52:00 | Affinity Plus Federal Credit Union, Attn: Bankruptcy, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1101580 | + | EDI: AISACG.COM | Jul 22 2024 22:53:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1101341 | | EDI: GMACFS.COM | Jul 22 2024 22:53:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 1101340 | | EDI: GMACFS.COM | Jul 22 2024 22:53:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 1101343 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 19:00:35 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 1101342 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 19:00:39 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 1101347 | | Email/Text: bnddealforms@nd.gov | Jul 22 2024 18:52:00 | Bank of North Dakota, Attn: Bankruptcy, PO Box 5509, Bismarck, ND 58506-5509 |
| 1101346 | | Email/Text: bnddealforms@nd.gov | Jul 22 2024 18:52:00 | Bank of North Dakota, PO Box 5509, Bismarck, ND 58506-5509 |
| 1101367 | | Email/Text: bankruptcy@collegeave.com | Jul 22 2024 18:51:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N King St, Ste 400, Wilmington, DE 19801-2545 |
| 1101357 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 22 2024 18:52:29 | Caine & Weiner, 338 Harris Hill RD STE 206, Buffalo, NY 14221-7470 |
| 1101359 | | EDI: CAPITALONE.COM | Jul 22 2024 22:53:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1101358 | | EDI: CAPITALONE.COM | Jul 22 2024 22:53:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 1101360 | ^ | MEBN | Jul 22 2024 18:49:43 | Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 1101362 | | EDI: CAPONEAUTO.COM | Jul 22 2024 22:53:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 1101363 | + | Email/Text: bmg.bankruptcy@centurylink.com | Jul 22 2024 18:52:00 | Century Link, Po Box 2961, Phoenix, AZ 85062-2961 |
| 1101369 | + | Email/Text: bknotify@creditserviceintl.com | Jul 22 2024 18:52:00 | Credit Service International, 630 S Green Bay Rd STE 3, Neenah, WI 54956-3190 |

| District/off: 0868-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: ntcasset | Total Noticed: 108 |

| | | | | |
|---|---|---|---|---|
| 1101371 | | EDI: DISCOVER | Jul 22 2024 22:53:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 1101372 | | EDI: DISCOVER | Jul 22 2024 22:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 1101377 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 22 2024 18:52:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 1101376 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 22 2024 18:52:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 1101374 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 22 2024 18:52:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 1101375 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 22 2024 18:52:00 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 1101379 | | EDI: PHINAMERI.COM | Jul 22 2024 22:53:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 1101380 | | EDI: PHINAMERI.COM | Jul 22 2024 22:53:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 1101381 | + | Email/Text: dpetersen@greatamerica.com | Jul 22 2024 18:52:00 | Great American Financial, PO Box 660831, Dallas, TX 75266-0831 |
| 1101382 | ^ | MEBN | Jul 22 2024 18:49:44 | Greenburg Grant Richards, 5858 Westheimer Ste 500, Houston, TX 77057-5645 |
| 1101387 | + | EDI: LCIICSYSTEM | Jul 22 2024 22:53:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 1101388 | | Email/Text: collections@idealcu.com | Jul 22 2024 18:52:00 | Ideal Credit Union, 8499 Tamarack Rd, Woodbury, MN 55125-9201 |
| 1101390 | | EDI: IRS.COM | Jul 22 2024 22:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1101395 | | Email/Text: EBNBKNOT@ford.com | Jul 22 2024 18:52:00 | Lincoln Automotive Finance, PO Box 542000, Omaha, NE 68154-8000 |
| 1101396 | | Email/Text: EBNBKNOT@ford.com | Jul 22 2024 18:52:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 1101403 | + | Email/Text: christopher.murphy1@wecenergygroup.com | Jul 22 2024 18:52:00 | MN Energy, PO Box 6040, Carol Stream, IL 60197-6040 |
| 1101401 | + | EDI: MINNDEPREV.COM | Jul 22 2024 22:53:00 | Minnesota Department of Revenue, PO Box 64649, Saint Paul, MN 55164-0649 |
| 1101402 | + | Email/Text: mdes.bkpt.tax@state.mn.us | Jul 22 2024 18:52:00 | Minnesota Unemployment Ins, PO Box 4629, Saint Paul, MN 55101-4629 |
| 1101411 | + | Email/Text: a.bonelli@rcbcollections.com | Jul 22 2024 18:52:00 | RCB Collections, PO Box 706, Hibbing, MN 55746-0706 |
| 1101414 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2024 18:52:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 1101413 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2024 18:52:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 1101417 | + | EDI: SYNC | Jul 22 2024 22:53:00 | Syncb/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 1101418 | | EDI: SYNC | Jul 22 2024 22:53:00 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 1101419 | + | EDI: SYNC | Jul 22 2024 22:53:00 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 1101420 | | EDI: SYNC | Jul 22 2024 22:53:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 1101422 | | EDI: LCITDAUTO | Jul 22 2024 22:53:00 | Td Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 1101421 | | EDI: LCITDAUTO | Jul 22 2024 22:53:00 | Td Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 1101425 | | Email/Text: banko@hestark.com | Jul 22 2024 18:52:00 | The Stark Agency, Attn: Bankruptcy, PO Box 45710, Madison, WI 53744-5710 |
| 1101426 | | Email/Text: banko@hestark.com | Jul 22 2024 18:52:00 | The Stark Collection A, 402 Gammon Pl, Ste 240, Madison, WI 53719-1074 |
| 1101434 | | Email/Text: bankruptcy@veridiancu.org | Jul 22 2024 18:52:00 | Veridian Credit Union, Attn: Bankruptcy, PO Box 6000, Waterloo, IA 50704-6000 |
| 1101431 | + | Email/Text: bankruptcy@veridiancu.org | Jul 22 2024 18:52:00 | Veridian, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 1101433 | | Email/Text: bankruptcy@veridiancu.org | Jul 22 2024 18:52:00 | Veridian Credit Union, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 1101436 | | EDI: WFFC2 | Jul 22 2024 22:53:00 | Wells Fargo Dealer Services, PO Box 71092, Charlotte, NC 28272-1092 |
| 1101437 | | EDI: WFFC2 | Jul 22 2024 22:53:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 1101439 | | EDI: WFFC2 | Jul 22 2024 22:53:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |
| 1101438 | | EDI: WFFC2 | Jul 22 2024 22:53:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 1101441 | + | Email/Text: bkfilings@zwickerpc.com | Jul 22 2024 18:52:00 | Zwicker & Associates, P.C., 80 Minuteman RD, Andover, MA 01810-1008 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1101399 | | Mid America Steel Inc |
| 1101400 | | Mid America Steel Inc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 22, 2024 | Form ID: ntcasset | Total Noticed: 108 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Marcus Wayne Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kathryn Brooke Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

Form ntcasset (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Marcus Wayne Hanson
Kathryn Brooke Hanson

Debtor(s)

CHAPTER 7
Bankruptcy No.
*24−30287*

# CREDITORS FILE YOUR CLAIMS NOW
# NOTICE TO FILE CLAIMS

The trustee has notified the Court that payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be timely filed by the date listed below.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web Site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Claims must be filed with the Clerk of Bankruptcy Court at:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
655 1st Ave. N., Suite 210
Fargo, ND 58102−4932
701−297−7100

A Proof of Claim may also be filed electronically on the Court's website at **www.ndb.uscourts.gov**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. There is no fee for filing a Proof of Claim.

DEADLINE TO FILE CLAIMS:

For all creditors (except governmental units): October 24, 2024

For governmental units: 180 days after the Order for Relief or the deadline stated above (whichever is greater)

Dated: July 22, 2024

**Kay A. Melquist**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932