# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Case No. 24-30287 |
| ) | Chapter 7 |
| Marcus Wayne Hanson and ) | |
| Kathryn Brooke Hanson, ) | **NOTICE OF APPEARANCE** |
| ) | **AND REQUEST FOR NOTICE** |
| Debtors. ) | |

**RYAN W. AMES**, Attorney at Law, of the law firm of Zimney Foster P.C., hereby make his appearance as attorney for **Border Bank**, a creditor in the above-entitled bankruptcy, pursuant to Rules 2002 and 9010 and requests that all notices and papers (including pleadings, motions, applications, orders, financial and other reports) be served upon the following:

**Zimney Foster P.C.**
**Attn: Ryan W. Ames**
**3100 S. Columbia Road, Suite 200**
**Grand Forks, ND 58201**
**Phone: 701.772.8111; Fax: 701.772.7328**
**Email: rames@northdakotalaw.net**

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered

only after *de novo* review by a District Court Judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: July 30, 2024.

                                                   */s/ Ryan W. Ames*
**RYAN W. AMES (ND ID #09643)**
ZIMNEY FOSTER P.C.
3100 South Columbia Road, Ste 200
Grand Forks, ND 58201
Phone: 701/772-8111   Fax: 701/772-7328
rames@northdakotalaw.net
Attorney for Border Bank

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-30287 |
| | ) | Chapter 7 |
| Marcus Wayne Hanson and | ) | |
| Kathryn Brooke Hanson, | ) | **DECLARATION OF SERVICE** |
| | ) | |
| Debtors. | ) | |

**BRENDA R. DIPERSIO**, a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the 30th day of July, 2024, she served the following:

1. **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE by Ryan W. Ames of Zimney Foster P.C.**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
mac@mbvesq.com
**Attorney for Debtor**

**Marcus Wayne Hanson**
10160 Concord Drive
West Fargo, ND 58078
**Debtor**

**Kathryn Brooke Hanson**
10160 Concord Drive
West Fargo, ND 58078
**Debtor**

**Gene W. Doeling**
PO Box 9231
Fargo, ND 58106-9231
**Trustee**

**U.S. Trustee**
**Robert B. Raschke**
1015 US Courthouse
300 South Fourth Street
Minneapolis MN 55415

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 30, 2024 at Grand Forks, North Dakota.

/s/ *Brenda R. DiPersio*
**BRENDA R. DIPERSIO**