ocontBK(02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Marcus Wayne Hanson
Kathryn Brooke Hanson

Debtor(s)

CHAPTER 7
Bankruptcy No.
*24−30287*

## ORDER GRANTING CONTINUANCE AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for **September 24, 2024**. The Court finds cause for granting the continuance.

IT IS ORDERED that the hearing on:

**Objection by Trustee, Gene W. Doeling, to Debtors' Claim of Exemptions, filed August 20, 2024. (Doc. 17)**

will be held on **October 10, 2024** at **01:00 PM** at **Quentin Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. North, Fargo, ND 58102**.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witnesses and exhibits not later than two business days before the hearing on a contested matter.

Dated: September 10, 2024

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically September 10, 2024 on Electronic mail list for Case No. 24−30287