IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30287 |
| | ) | (Chapter 7) |
| MARCUS AND KATHRYN HANSON | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

Come now Kathryn Hanson ("Ms. Hanson") and Marcus Hanson ("Mr. Hanson") (collectively, the "Debtors" or "Hansons" and each a "Debtor"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and move for leave to have undersigned counsel participate by video conference during the October 10, 2024 hearing on a pending objection to the Debtors' exemptions (the "Hearing"), and in support thereof state as follows:

Undersigned counsel has made arrangements to be in Fargo for the Hearing but, unfortunately, tested positive for COVID-19 on Thursday, October 3, 2024 and, as of the filing of this motion, is still both testing positive and displaying notable symptoms. Based on medical guidance, it appears unlikely the virus will pass in time to safely travel without risking the health of unrelated airline passengers.

The Hansons *will* be present in court for the Hearing, as will Christianna Cathcart, Esq., an associate at undersigned counsel's firm who has worked on this matter. The request is solely for undersigned counsel to participate remotely, from his home office in Newport, Maine.

WHEREFORE, the Hansons respectfully pray their counsel be permitted to participate in the Hearing via video conference and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: October 6, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtors* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2