# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

## EXHIBIT LIST

Bankruptcy Case No.: <u>24-30287</u>   Bankruptcy Case Title: <u>Marcus & Kathryn Hanson</u>

| Ex. No. | Date | Witness | Description | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTIONS | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T – 1 | | | Bankruptcy Petition, Doc. 1 | W | | | | | | | | |
| T – 2 | | | Statement from June 20 to July 7, 2024 for Marcus Hanson's Bell Bank Account 1594 | W | | | | | | | | |
| T – 3 | | | July 7 & August 6, 2024 Statements for Kathryn Hanson's Bell Bank Account 2642 | W | | | | | | | | |
| T – 4 | | | July 15, 2024 Statement for Marcus & Kathryn Hanson's Border Bank Account 2892 | W | | | | | | | | |
| T – 5 | | | July 15, 2024 Statement for Kathryn Hanson's Border Bank Account 6723 | W | | | | | | | | |
| T – 6 | | | Transaction History from June 5 to July 12, 2024 for Marcus Hanson's Border Bank Account 6798 | W | | | | | | | | |
| T – 7 | | | Audio from August 16, 2024 Creditor's Meeting | M | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* -A – Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____