# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

## WITNESS LIST

Bankruptcy Case Name:  Marcus and Kathryn Hanson

Bankruptcy Case No.:  24-30287                                                         Chapter:  7

Contested Matter (  )
Adversary Proceeding No.:
Adversary Proceeding Title:

Witnesses to be called by:  Trustee

| NAME & ADDRESS | Will / May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Marcus Hanson | Will | Debtor to testify regarding his bankruptcy filing and bank statements. |
| Kathryn Hanson | Will | Debtor to testify regarding her bankruptcy filing and bank statements. |
|  |  |  |