# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30287 |
| | ) | Chapter 7 |
| Marcus Wayne Hanson, | ) | |
| Kathryn Brooke Hanson, | ) | **MOTION FOR ABANDONMENT** |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

Trustee Gene W. Doeling hereby gives notice of his intention to abandon the bankruptcy estate's interest in the following business entities owned by the debtor:

1. Hanson Construction of Thief River Falls, Inc.; and,
2. Knox Re, Inc.

The claims against Hanson Construction of Thief River Falls, Inc. far exceed the value of any assets that may remain, which are believed to be minimal.  The claims against Knox Re, Inc., which includes a mortgage in the approximate amount of $940,000 and a judgment lien in favor of Atlanta Specialty Insurance Company in the principal amount of $434,990.25 which is an enforceable lien against Knox Re, Inc. real estate, results in no equity in this property and no equity in this entity.

Based upon the above information, the trustee requests a Court Order authorizing abandonment of the estate's interest in Hanson Construction of Thief River Falls, Inc. and Knox Re, Inc.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  October 15, 2024                    /s/ Gene W. Doeling
                                            Bankruptcy Trustee
                                            P.O. Box 9231
                                            Fargo, ND 58106
                                            (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON

CASE NO: 24-30287

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 10/15/2024, I did cause a copy of the following documents, described below,

Motion for Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2024

/s/ Gene W. Doeling
Gene W. Doeling  05078
Bankruptcy Trustee
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757
heather@kaler-doeling.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON

CASE NO: 24-30287

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 10/15/2024, a copy of the following documents, described below,

Motion for Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30287
DISTRICT OF NORTH DAKOTA
TUE OCT 15 11-15-36 PST 2024

~~EXCLUDE~~
~~(U)BORDER BANK~~

~~EXCLUDE~~
~~(U)FIFTH THIRD BANK  NA~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH  SUITE 210~~
~~FARGO  ND 58102-4932~~

ABST LAW
PO BOX 10247
FARGO  ND 58106-0247

ACE HARDWARE
PO BOX 577
THIEF RIVER FALLS  MN 56701-0577

ACE RENTAL
118 MAIN AVE N
THIEF RIVER FALLS  MN 56701-1902

(P)AFFINITY PLUS FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
175 W LAFAYETTE FRONTAGE ROAD
SAINT PAUL MN 55107-1420

~~EXCLUDE~~
~~(D)(P)AFFINITY PLUS FEDERAL CREDIT~~
~~UNION~~
~~ATTN BANKRUPTCY DEPARTMENT~~
~~175 W LAFAYETTE FRONTAGE ROAD~~
~~SAINT PAUL MN 55107-1420~~

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL  INC
ATTN BANKRUPTCY
500 WOODWARD AVE
DETROIT  MI 48226-3416

ALLY FINANCIAL  INC
PO BOX 380901
BLOOMINGTON  MN 55438-0901

AMERICAN EXPRESS NATIONAL BANK  AENB
CO KATIE E HANKARD
ZWICKER AND ASSOCIATES  PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER  MA 01810-0943

AMERICAN EXPRESS NATIONAL BANK  AENB
CO ZWICKER AND ASSOCIATES  PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER  MA 01810-0943

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO  TX 79998-1540

AMEX
PO BOX 981537
EL PASO  TX 79998-1537

ANDREW A GREEN
HALPERN COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS  MN 55120-1363

ATLANTIC SPECIALTY INSURANCE COMPANY
605 HIGHWAY 169 NORTH SUITE 800
MINNEAPOLIS  MN 55441-6533

ATLANTIC SPECIALTY INSURANCE COMPANY
CO GREGERSON  ROSOW  JOHNSON  NILAN  I
100 WASHINGTON AVENUE SOUTH SUITE 1550
MINNEAPOLIS  MN 55401-2154

BANK OF NORTH DAKOTA
ATTN BANKRUPTCY
PO BOX 5509
BISMARCK  ND 58506-5509

BANK OF NORTH DAKOTA
PO BOX 5509
BISMARCK  ND 58506-5509

BILL ME LATER
2211 N 1ST ST
ELOY  AZ 85131

BLUE CROSS BLUE SHIELD
PO BOX 64560
SAINT PAUL  MN 55164-0560

BORDER BANK
PO BOX 280
GREENBUSH  MN 56726-0280

BORDER BANK
PO BOX 69
BADGER  MN 56714-0069

## Other entries (top right column)

ALLY BANK CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

AMERICAN EXPRESS NATIONAL BANK
CO ZWICKER  ASSOCIATES  PC
PO BOX 9043
ANDOVER  MA 01810-0943

USPS FIRST CLASS MAIL - RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

BRADY MARTZ
100 3RD ST E
THIEF RIVER FALLS  MN 56701-2006

BREDESON OFFICE SUPPLY
215 MAIN AVE N
THIEF RIVER FALLS  MN 56701-1903

BRODIN COMFORT SYSTEM
1902 HWY 32 S
THIEF RIVER FALLS  MN 56701-4511

BRODIN COMFORT SYSTEMS
PO BOX 270
GRAFTON  ND 58237-0270

BROWN JOSEPH
ONE PIERCE PLACE SUITE 700 W
ITASCA  IL 60143-1218

CAINE  WEINER
338 HARRIS HILL RD STE 206
BUFFALO  NY 14221-7470

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE
PO BOX 71746
PHILADELPHIA  PA 19176-1746

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2302

CAPITAL ONE AUTO FINANCE
CREDIT
BUREAU DISPUTE
PLANO  TX 75025

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CENTURY LINK
PO BOX 2961
PHOENIX  AZ 85062-2961

(P)CENTURYTEL SERVICE GROUP LLC DBA
CENTURYLINK
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

CHRIS MANNING
1211 ARNOLD AVE
THIEF RIVER FALLS  MN 56701-1119

CITY OF THIEF RIVER FALLS
PO BOX 528
THIEF RIVER FALLS  MN 56701-0528

(P)COLLEGE AVE STUDENT LOANS
233 N KING STREET
SUITE 400
WILMINGTON DE 19801-2545

COLLEGE AVE STUDENT LOANS
CAROL STREAM  IL 60197

CONSTRUCTION SUPPLY
2410 5TH AVE N
FARGO  ND 58102-4022

CREDIT SERVICE INTERNATIONAL
630 S GREEN BAY RD STE 3
NEENAH  WI 54956-3190

DAKOTA FIRE
PO BOX 5327
GRAND FORKS  ND 58206-5327

DISCOVER BANK
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

FALLS ELECTRIC
720 DAWN AVE
THIEF RIVER FALLS  MN 56701-1049

FIFTH THIRD BANK
5050 KINGSLEY DR
CINCINNATI  OH 45227-1115

FIFTH THIRD BANK
ATTN BANKRUPTCY MAILDROP RCS83E
1830 E PARIS AVE SE
GRAND RAPIDS  MI 49546-8803

~~EXCLUDE~~

(P)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~
~~1620 DODGE ST~~
~~STOP CODE 3113~~
~~OMAHA NE 68102-1593~~

GARDEN VALLEY
PO BOX 259
ERSKINE  MN 56535-0259

GM FINANCIAL
801 CHERRY ST
STE 3600
FORT WORTH  TX 76102-6855

GM FINANCIAL
PO BOX 181145
ARLINGTON  TX 76096-1145

GREAT AMERICAN FINANCIAL
PO BOX 660831
DALLAS  TX 75266-0831

GREENBURG GRANT RICHARDS
5858 WESTHEIMER STE 500
HOUSTON  TX 77057-5645

HANMI BANK
CO HEMAR  ROUSSO  HEALD  LLP
ATTN SANDRA I TIBERI
15910 VENTURA BLVD  12TH FLOOR
ENCINO  CA 91436-2813

HANMI BANK
15910 VENTURA BLVD
ENCINO  CA 91436-2802

HANSON CONSTRUCTION OF THIEF RIVER
FALLS
16210 150TH ST NE
THIEF RIVER FALLS  MN 56701-8473

HARBOTT KNUTSON LARSON
PO BOX 457
BIG SKY  MT 59716-0457

HUBERTS OUTDOOR POWER
17269 US HWY 59 NE
THIEF RIVER FALLS  MN 56701-8545

IC SYSTEMS
PO BOX 64378
SAINT PAUL  MN 55164-0378

IDEAL CREDIT UNION
8499 TAMARACK RD
WOODBURY  MN 55125-9201

INTERNAL AUDITING SERVICE
PO BOX 132
LAKE PARK  MN 56554-0132

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JOHN D SCHROEDER
ZIMNEY FOSTER PC
3100 S COLUMBIA ROAD  STE 200
GRAND FORKS  ND 58201-6062

KENNELLY
1213 NP AVE SUITE 301
FARGO  ND 58102-4798

KNOX RE  INC
16210 150TH ST NE
THIEF RIVER FALLS  MN 56701-8473

LM SUPPLY
PO BOX 557440280

LEE PLUMBING
1430 MAIN AVE N
THIEF RIVER FALLS  MN 56701-1142

LESS SANITATION
PO BOX 757
THIEF RIVER FALLS  MN 56701-0757

LINCOLN AUTOMOTIVE FINANCE
ATTN BANKRUTCY
PO BOX 542000
OMAHA  NE 68154-8000

LINCOLN AUTOMOTIVE FINANCE
PO BOX 542000
OMAHA  NE 68154-8000

MN ENERGY
PO BOX 6040
CAROL STREAM  IL 60197-6040

MARSHALL CTY TREASURER
208 EAST COLVIN AVE STE 12
WARREN  MN 56762-1692

~~EXCLUDE~~

~~(U)MID AMERICA STEEL INC~~

USPS FIRST CLASS MAIL TO PARTIES WITH NAMES STRUCK THROUGH OR LABELED CM/ECF SERVICE were not served via First Class USPS Mail Service.

MINNESOTA DEPARTMENT OF REVENUE
PO BOX 64649
SAINT PAUL  MN 55164-0649

MINNESOTA UNEMPLOYMENT INS
PO BOX 4629
SAINT PAUL  MN 55101-4629

NORTHDALE OIL
3000 HEARTLAND DR
GRAND FORKS  ND 58201-3310

OTIS ELEVATOR CO
PO BOX 73579
CHICAGO  IL 60673-7579

PAINT AND GLASS INTERIORS  INC
324 HORACE AVE N
THIEF RIVER FALLS  MN 56701-2027

PENNINGTON CTY TREASURER
PO BOX 616
THIEF RIVER FALLS  MN 56701-0616

PETERSON LUMBER
PO BOX 678
THIEF RIVER FALLS  MN 56701-0678

PETERSON LUMBER OF THIEF RIVER FALLS
INC
HALPERN COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS  MN 55120-1363

PREMIUM WATERS
PO BOX 9128
MINNEAPOLIS  MN 55480-9128

RCB COLLECTIONS
PO BOX 706
HIBBING  MN 55746-0706

RAUSCH MILLIKEN
PO BOX 8390
METAIRIE  LA 70011-8390

RED LAKE ELECTRIC
PO BOX 430
RED LAKE FALLS  MN 56750-0430

RYAN W AMES
ZIMNEY FOSTER PC
3100 S COLUMBIA ROAD  STE 200
GRAND FORKS  ND 58201-6062

SANTANDER CONSUMER USA  INC
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SANTANDER CONSUMER USA  INC
PO BOX 961211
FORT WORTH  TX 76161-0211

STONE SAUNDERS
1391 W 5TH AVE STE 226
COLUMBUS  OH 43212-2902

SWS CREDIT SERVICES IN
PO BOX 270
GRAFTON  ND 58237-0270

SYNCBPAYPAL
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCBPAYPAL
PO BOX 71727
PHILADELPHIA  PA 19176-1727

SYNCHRONY BANKJCPENNEY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKJCPENNEY
PO BOX 71729
PHILADELPHIA  PA 19176-1729

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS  MI 48333-9223

TD AUTO FINANCE
PO BOX 9223
FARMINGTON  MI 48333-9223

TD RETAIL CARDCUB CADET
ATTN BANKRUPTCY
PO BOX 100114
COLUMBIA  SC 29202-3114

TD RETAIL CARDCUB CADET
COLUMBIA  SC 29202

THE STARK AGENCY
ATTN BANKRUPTCY
PO BOX 45710
MADISON  WI 53744-5710

THE STARK COLLECTION A
402 GAMMON PL
STE 240
MADISON  WI 53719-1074

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

THIEF RIVER FORD
802 3RD ST W
THIEF RIVER FALLS  MN 56701-1803

US SMALL BUSINESS ADMINISTRATION
2 NORTH STREET SUITE 320
BIRMINGHAM  AL 35203

UNITED EMPLOYEES CU
430 BRIDGE AVE
ALBERT LEA  MN 56007-2953

VELDE MOORE
1118 BROADWAY
ALEXANDRIA  MN 56308-2530

VERIDIAN
1827 ANSBOROUGH AVE
WATERLOO  IA 50701-3629

VERIDIAN CREDIT UNION
1827 ANSBOROUGH AVE
WATERLOO  IA 50701-3629

VERIDIAN CREDIT UNION
402 GAMMON PL
STE 240
MADISON  WI 53719-1074

(P)VERIDIAN CREDIT UNION
P O BOX 6000
WATERLOO IA 50704-6000

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON  TX  77210-4457

WAGONER FALCON
100 S 5TH ST 800
MINNEAPOLIS  MN 55402-5357

WELLS FARGO DEALER SERVICES
ATTN BANKRUPTCY
1100 CORPORATE CENTER DR
RALEIGH  NC 27607-5066

WELLS FARGO DEALER SERVICES
PO BOX 71092
CHARLOTTE  NC 28272-1092

WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY DEPT
PO BOX 10335
DES MOINES  IA 50306-0335

WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES  IA 50306-0335

WIDSETH
216 S MAIN ST
CROOKSTON  MN 56716-1939

ZWICKER  ASSOCIATES  PC
80 MINUTEMAN RD
ANDOVER  MA 01810-1008

EXCLUDE
GENE W DOELING
BANKRUPTCY TRUSTEE
3429 INTERSTATE BLVD S
PO BOX 9231
FARGO  ND 58106-9231

KATHRYN BROOKE HANSON
10160 CONCORD DRIVE
WEST FARGO  ND 58078

DEBTOR
MARCUS WAYNE HANSON
10160 CONCORD DRIVE
WEST FARGO  ND 58078

EXCLUDE
MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320