United States Bankruptcy Court
District of North Dakota

In re: Case No. 24-30287-skh
Marcus Wayne Hanson Chapter 7
Kathryn Brooke Hanson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 5
Date Rcvd: Oct 25, 2024     Form ID: 318     Total Noticed: 123

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Marcus Wayne Hanson, Kathryn Brooke Hanson, 10160 Concord Drive, West Fargo, ND 58078 |
| 1101335 | + | ABST Law, PO Box 10247, Fargo, ND 58106-0247 |
| 1101336 | + | Ace Hardware, Po Box 577, Thief River Falls, MN 56701-0577 |
| 1101337 | + | Ace Rental, 118 Main Ave N, Thief River Falls, MN 56701-1902 |
| 1102605 | | Andrew A. Green, Halpern Cottrell Green PA, 2287 Waters Dr, Mendota Heights, MN 55120-1363 |
| 1101344 | + | Atlantic Specialty Insurance Company, c/o Gregerson, Rosow, Johnson & Nilan, L, 100 Washington Avenue South Suite 1550, Minneapolis, MN 55401-2154 |
| 1101345 | + | Atlantic Specialty Insurance Company, 605 Highway 169 North Suite 800, Minneapolis, MN 55441-6533 |
| 1106188 | + | Benjamin M. Scheel, 100 Washington Ave South, Suite 1550, Minneapolis, MN 55401-2154 |
| 1101348 | | Bill Me Later, 2211 N 1st ST, Eloy, AZ 85131 |
| 1101349 | + | Blue Cross Blue Shield, PO Box 64560, Saint Paul, MN 55164-0560 |
| 1106184 | + | Border Bank, 9950 Foley Blvd NW, Coon Rapids, MN 55433-5203 |
| 1101350 | + | Border Bank, PO Box 69, Badger, MN 56714-0069 |
| 1101351 | | Border Bank, PO Box 280, Greenbush, MN 56726-0280 |
| 1101352 | + | Brady Martz, 100 3rd St E, Thief River Falls, MN 56701-2006 |
| 1101353 | + | Bredeson Office Supply, 215 Main Ave N, Thief River Falls, MN 56701-1903 |
| 1101354 | + | Brodin Comfort System, 1902 Hwy 32 S, Thief River Falls, MN 56701-4511 |
| 1101355 | | Brodin Comfort Systems, PO Box 270, Grafton, ND 58237-0270 |
| 1101356 | + | Brown Joseph, One Pierce Place Suite 700 W, Itasca, IL 60143-1218 |
| 1101361 | | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 1101364 | + | Chris Manning, 1211 Arnold Ave, Thief River Falls, MN 56701-1119 |
| 1101365 | + | City of Thief River Falls, PO Box 528, Thief River Falls, MN 56701-0528 |
| 1101366 | | College Ave Student Loans, Carol Stream, IL 60197 |
| 1101368 | + | Construction Supply, 2410 5th Ave N, Fargo, ND 58102-4022 |
| 1101370 | + | Dakota Fire, PO Box 5327, Grand Forks, ND 58206-5327 |
| 1101373 | + | Falls Electric, 720 Dawn Ave, Thief River Falls, MN 56701-1049 |
| 1101378 | + | Garden Valley, Po Box 259, Erskine, MN 56535-0259 |
| 1103575 | + | HANMI BANK, c/o Hemar, Rousso & Heald, LLP, Attn: Sandra I. Tiberi, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2813 |
| 1101383 | + | Hanmi Bank, 15910 Ventura Blvd, Encino, CA 91436-2802 |
| 1101384 | + | Hanson Construction of Thief River Falls, 16210 150th St NE, Thief River Falls, MN 56701-8473 |
| 1101385 | + | Harbott Knutson Larson, PO Box 457, Big Sky, MT 59716-0457 |
| 1101386 | + | Huberts Outdoor Power, 17269 US Hwy 59 NE, Thief River Falls, MN 56701-8545 |
| 1101389 | + | Internal Auditing Service, PO Box 132, Lake Park, MN 56554-0132 |
| 1102713 | + | John D. Schroeder, Zimney Foster P.C., 3100 S. Columbia Road, Ste 200, Grand Forks, ND 58201-6062 |
| 1101391 | + | Kennelly, 1213 NP Ave Suite 301, Fargo, ND 58102-4798 |
| 1101392 | + | Knox Re, Inc., 16210 150th St NE, Thief River Falls, MN 56701-8473 |
| 1101397 | + | LM Supply, PO Box 55744-0280 |
| 1101393 | + | Lee Plumbing, 1430 Main Ave N, Thief River Falls, MN 56701-1142 |
| 1101394 | + | Less Sanitation, PO Box 757, Thief River Falls, MN 56701-0757 |
| 1101398 | + | Marshall Cty Treasurer, 208 East Colvin Ave STE 12, Warren, MN 56762-1692 |
| 1101404 | + | Northdale Oil, 3000 Heartland Dr, Grand Forks, ND 58201-3310 |
| 1101405 | + | Otis Elevator Co, PO Box 73579, Chicago, IL 60673-7579 |
| 1101406 | + | Paint and Glass Interiors, Inc., 324 Horace Ave N, Thief River Falls, MN 56701-2027 |
| 1101407 | + | Pennington Cty Treasurer, PO Box 616, Thief River Falls, MN 56701-0616 |
| 1101408 | + | Peterson Lumber, PO Box 678, Thief River Falls, MN 56701-0678 |

| | | |
|---|---|---|
| 1102606 | | Peterson Lumber of Thief River Falls Inc, Halpern Cottrell Green PA, 2287 Waters Dr, Mendota Heights, MN 55120-1363 |
| 1101409 | + | Premium Waters, PO Box 9128, Minneapolis, MN 55480-9128 |
| 1101410 | + | Rausch Milliken, PO Box 8390, Metairie, LA 70011-8390 |
| 1101412 | + | Red Lake Electric, PO BOX 430, Red Lake Falls, MN 56750-0430 |
| 1102712 | + | Ryan W. Ames, Zimney Foster P.C., 3100 S. Columbia Road, Ste. 200, Grand Forks, ND 58201-6062 |
| 1101415 | + | Stone Saunders, 1391 W 5th Ave STE 226, Columbus, OH 43212-2902 |
| 1101416 | | Sws Credit Services In, PO Box 270, Grafton, ND 58237-0270 |
| 1101423 | | Td Retail Card/Cub Cadet, Columbia, SC 29202 |
| 1101427 | + | Thief River Ford, 802 3rd St W, Thief River Falls, MN 56701-1803 |
| 1101428 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |
| 1101429 | | United Employees Cu, 430 Bridge Ave, Albert Lea, MN 56007-2953 |
| 1101430 | + | Velde Moore, 1118 Broadway, Alexandria, MN 56308-2530 |
| 1101432 | | Veridian Credit Union, 402 Gammon Pl, Ste 240, Madison, WI 53719-1074 |
| 1101435 | + | Wagoner Falcon, 100 S 5th St #800, Minneapolis, MN 55402-5357 |
| 1101440 | + | Widseth, 216 S Main St, Crookston, MN 56716-1939 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 25 2024 22:50:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Oct 25 2024 18:50:00 | American Express National Bank, c/o Zwicker & Associates, P.C., P.O. Box 9043, Andover, MA 01810-0943 |
| 1101338 | | Email/Text: solutionsbankruptcy@affinityplus.org | Oct 25 2024 18:50:00 | Affinity Plus Federal Credit Union, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1101339 | | Email/Text: solutionsbankruptcy@affinityplus.org | Oct 25 2024 18:50:00 | Affinity Plus Federal Credit Union, Attn: Bankruptcy, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1101580 | + | EDI: AISACG.COM | Oct 25 2024 22:50:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1101341 | | EDI: GMACFS.COM | Oct 25 2024 22:50:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 1101340 | | EDI: GMACFS.COM | Oct 25 2024 22:50:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 1101968 | + | Email/Text: bkfilings@zwickerpc.com | Oct 25 2024 18:50:00 | American Express National Bank, AENB, c/o Katie E. Hankard, Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 1102603 | + | Email/Text: bkfilings@zwickerpc.com | Oct 25 2024 18:50:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 1101343 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 19:05:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 1101342 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 18:55:27 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 1101347 | | Email/Text: bnddealforms@nd.gov | Oct 25 2024 18:50:00 | Bank of North Dakota, Attn: Bankruptcy, PO Box 5509, Bismarck, ND 58506-5509 |
| 1101346 | | Email/Text: bnddealforms@nd.gov | Oct 25 2024 18:50:00 | Bank of North Dakota, PO Box 5509, Bismarck, ND 58506-5509 |
| 1102018 | | Email/Text: bankruptcylegal@lumen.com | Oct 25 2024 18:50:00 | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, 931 14th Street, 9th Floor (Attn: Legal-, Denver, CO 80202 |

Case 24-30287   Doc 38   Filed 10/27/24   Entered 10/27/24 23:29:22   Desc Imaged
Certificate of Notice   Page 3 of 7

| District/off: 0868-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 318 | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| 1101367 | | Email/Text: bankruptcy@collegeave.com | Oct 25 2024 18:50:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N King St, Ste 400, Wilmington, DE 19801-2545 |
| 1101357 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 25 2024 18:50:52 | Caine & Weiner, 338 Harris Hill RD STE 206, Buffalo, NY 14221-7470 |
| 1101359 | | EDI: CAPITALONE.COM | Oct 25 2024 22:50:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1101358 | | EDI: CAPITALONE.COM | Oct 25 2024 22:50:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 1101360 | ^ | MEBN | Oct 25 2024 18:46:08 | Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 1101362 | | EDI: CAPONEAUTO.COM | Oct 25 2024 22:50:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 1102819 | | EDI: CAPITALONE.COM | Oct 25 2024 22:50:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 1101363 | + | Email/Text: bmg.bankruptcy@centurylink.com | Oct 25 2024 18:50:00 | Century Link, Po Box 2961, Phoenix, AZ 85062-2961 |
| 1101369 | + | Email/Text: bknotify@creditserviceintl.com | Oct 25 2024 18:50:00 | Credit Service International, 630 S Green Bay Rd STE 3, Neenah, WI 54956-3190 |
| 1103458 | | EDI: DISCOVER | Oct 25 2024 22:50:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 1101371 | | EDI: DISCOVER | Oct 25 2024 22:50:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 1101372 | | EDI: DISCOVER | Oct 25 2024 22:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 1101377 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2024 18:50:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 1101376 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2024 18:50:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 1101374 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 25 2024 18:50:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 1101375 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 25 2024 18:50:00 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 1101379 | | EDI: PHINAMERI.COM | Oct 25 2024 22:50:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 1101380 | | EDI: PHINAMERI.COM | Oct 25 2024 22:50:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 1101381 | + | Email/Text: dpetersen@greatamerica.com | Oct 25 2024 18:50:00 | Great American Financial, PO Box 660831, Dallas, TX 75266-0831 |
| 1101382 | ^ | MEBN | Oct 25 2024 18:46:09 | Greenburg Grant Richards, 5858 Westheimer Ste 500, Houston, TX 77057-5645 |
| 1101387 | + | EDI: LCIICSYSTEM | Oct 25 2024 22:50:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 1101388 | | Email/Text: collections@idealcu.com | Oct 25 2024 18:50:00 | Ideal Credit Union, 8499 Tamarack Rd, Woodbury, MN 55125-9201 |
| 1101390 | | EDI: IRS.COM | Oct 25 2024 22:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1101395 | | Email/Text: EBNBKNOT@ford.com | Oct 25 2024 18:50:00 | Lincoln Automotive Finance, PO Box 542000, Omaha, NE 68154-8000 |
| 1101396 | | Email/Text: EBNBKNOT@ford.com | Oct 25 2024 18:50:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO |

| District/off: 0868-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 318 | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 542000, Omaha, NE 68154-8000 |
| 1101403 | + | Email/Text: christopher.murphy1@wecenergygroup.com | Oct 25 2024 18:50:00 | MN Energy, PO Box 6040, Carol Stream, IL 60197-6040 |
| 1101401 | + | EDI: MINNDEPREV.COM | Oct 25 2024 22:50:00 | Minnesota Department of Revenue, PO Box 64649, Saint Paul, MN 55164-0649 |
| 1106299 | | EDI: MINNDEPREV.COM | Oct 25 2024 22:50:00 | Minnesota Revenue, PO Box 64447 - BKY, St Paul, MN 55164-0447 |
| 1101402 | + | Email/Text: mdes.bkpt.tax@state.mn.us | Oct 25 2024 18:50:00 | Minnesota Unemployment Ins, PO Box 4629, Saint Paul, MN 55101-4629 |
| 1101411 | + | Email/Text: a.bonelli@rcbcollections.com | Oct 25 2024 18:50:00 | RCB Collections, PO Box 706, Hibbing, MN 55746-0706 |
| 1101414 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 25 2024 18:50:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 1101413 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 25 2024 18:50:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 1101417 | + | EDI: SYNC | Oct 25 2024 22:50:00 | Syncb/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 1101418 | | EDI: SYNC | Oct 25 2024 22:50:00 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 1101419 | + | EDI: SYNC | Oct 25 2024 22:50:00 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 1101420 | | EDI: SYNC | Oct 25 2024 22:50:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 1101422 | | EDI: LCITDAUTO | Oct 25 2024 22:50:00 | Td Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 1101421 | | EDI: LCITDAUTO | Oct 25 2024 22:50:00 | Td Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 1101424 | | EDI: TDBANKNORTH.COM | Oct 25 2024 22:50:00 | Td Retail Card/Cub Cadet, Attn: Bankruptcy, PO Box 100114, Columbia, SC 29202-3114 |
| 1101425 | | Email/Text: banko@hestark.com | Oct 25 2024 18:50:00 | The Stark Agency, Attn: Bankruptcy, PO Box 45710, Madison, WI 53744-5710 |
| 1101426 | | Email/Text: banko@hestark.com | Oct 25 2024 18:50:00 | The Stark Collection A, 402 Gammon Pl, Ste 240, Madison, WI 53719-1074 |
| 1101434 | | Email/Text: bankruptcy@veridiancu.org | Oct 25 2024 18:50:00 | Veridian Credit Union, Attn: Bankruptcy, PO Box 6000, Waterloo, IA 50704-6000 |
| 1101431 | + | Email/Text: bankruptcy@veridiancu.org | Oct 25 2024 18:50:00 | Veridian, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 1101433 | | Email/Text: bankruptcy@veridiancu.org | Oct 25 2024 18:50:00 | Veridian Credit Union, 1827 Ansborough Ave, Waterloo, IA 50701-3629 |
| 1104777 | | EDI: AIS.COM | Oct 25 2024 22:50:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 1101436 | | EDI: WFFC2 | Oct 25 2024 22:50:00 | Wells Fargo Dealer Services, PO Box 71092, Charlotte, NC 28272-1092 |
| 1101437 | | EDI: WFFC2 | Oct 25 2024 22:50:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 1101439 | | EDI: WFFC2 | Oct 25 2024 22:50:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |
| 1101438 | | EDI: WFFC2 | Oct 25 2024 22:50:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 1101441 | + | Email/Text: bkfilings@zwickerpc.com | | |

| District/off: 0868-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 318 | Total Noticed: 123 |

Oct 25 2024 18:50:00   Zwicker & Associates, P.C., 80 Minuteman RD, Andover, MA 01810-1008

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Border Bank |
| cr | | Fifth Third Bank, N.A. |
| 1101399 | | Mid America Steel Inc |
| 1101400 | | Mid America Steel Inc |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GENE W. DOELING | on behalf of Trustee Gene W Doeling gene@kaler-doeling.com heather@kaler-doeling.com,mn20@ecfcbis.com |
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| John D. Schroeder | on behalf of Creditor Border Bank jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net |
| Maurice VerStandig | on behalf of Joint Debtor Kathryn Brooke Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Debtor Marcus Wayne Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Ryan W. Ames | on behalf of Creditor Border Bank rames@northdakotalaw.net bdipersio@northdakotalaw.net |
| Tyler S Wirick | on behalf of Creditor Fifth Third Bank N.A. tylerw@hwmlawfirm.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marcus Wayne Hanson<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4302<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Kathryn Brooke Hanson<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9405<br>EIN  __–_____ |
| United States Bankruptcy Court   District of North Dakota | | |
| Case number:  24–30287 | | |

## Order of Discharge                                            12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marcus Wayne Hanson  
aka Marc Hanson

Kathryn Brooke Hanson  
aka Katie Hanson

10/25/24

**By the court:**  Shon Hastings  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2