# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Marcus Wayne Hanson,<br>Kathryn Brooke Hanson,<br><br>    Debtors. | Bky. Case No. 24-30287<br>Chapter 7<br><br>**SETTLEMENT AGREEMENT** |

  Gene W. Doeling, the bankruptcy trustee in the above-referenced matter, enters into this Settlement Agreement with the Debtors. The parties agree as follows:

1. The debtors filed a Chapter 7 bankruptcy petition on July 8, 2024.

2. Gene W. Doeling is the trustee of the bankruptcy estate.

3. In the debtors' bankruptcy schedules, they scheduled cash of $2,000, a Bell Bank checking account with $10.24, and three Border Bank checking accounts, one with a value of $1,307.04, one unknown value, and the third account having a scheduled balance of $525.48. The debtors exempted the cash and bank balances under Minn. Stat. § 550.37 subd. 13 claiming an exemption of 100% of fair market value, up to any applicable statutory limit in the cash and all of the scheduled bank accounts.

4. The trustee timely filed an objection to the debtors' exemption claims under Minn. Stat. § 550.37 subd. 13 in the bank balances and cash.

5. The bank balances in three of the Border Bank accounts was either zero or negative on the date of filing. The Bell Bank account scheduled had an actual account balance of $841.92 on the date of filing. The debtors also had an unscheduled Bell Bank account with a balance of $2,194.05 on the date of filing. Both account balances were from wages deposited within 20 days of the bankruptcy filing.

6. The parties agree that the debtors' exemption claims would be limited to 75% of the bank balances, leaving $758.99 of nonexempt value in the bank balances. The parties further agree that the cash on hand is not from wages and is not exempt. The debtors have paid the bankruptcy estate the sum of $2,758.99 to settle the trustee's objections to the exemption claims in the bank balances and cash.

7. The debtors list real estate located at 10160 Concord Dr., Horace, North Dakota claimed as their homestead with a scheduled value of $479,000, subject to a mortgage owed to Border Bank in the scheduled amount of $74,356. The debtors claimed the property as exempt using the Minnesota homestead exemption, Minn. Stat. §§ 510.01, 510.02, claiming 100% of the fair market value of the house, up to any applicable statutory limit. The trustee timely filed an objection alleging that the debtors' homestead exemption is limited by 11 U.S.C. § 522(p)(1) to $189,050

because the debtors acquired this property during the 1215-day period preceding the date of the filing of their bankruptcy petition. The parties agree that the exemption limitation under 11 U.S.C. § 522(p)(1) applies, and that each debtor is entitled to the $189,050 exemption for a total exemption claim of $378,100 in the real estate.

8. This agreement is subject to bankruptcy court approval.

Dated: 10/23/2024

_____
Marcus Wayne Hanson, Debtor

Dated: 10/23/2024

_____
Kathryn Brooke Hanson, Debtor

Dated: 10/25/2024

/s/ Maurice VerStandig
_____
Maurice VerStandig, Attorney for the Debtors

Dated: 10-25-2024

_____
Gene W. Doeling, Bankruptcy Trustee

*Bankruptcy Case 24-30287 Hanson, Settlement Agreement Page 2*