**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30287 |
| | ) | Chapter 7 |
| Marcus Wayne Hanson, | ) | |
| Kathryn Brooke Hanson, | ) | **NOTICE AND MOTION** |
| | ) | **FOR APPROVAL OF** |
| Debtors. | ) | **SETTLEMENT AGREEMENT** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court approve a Settlement Agreement entered into with the Debtors, dated October 25, 2024. The Settlement Agreement, in essential part, provides as follows:

In the debtors' bankruptcy schedules, they scheduled cash of $2,000, a Bell Bank checking account with $10.24, and three Border Bank checking accounts, one with a value of $1,307.04, one unknown value, and the third account having a scheduled balance of $525.48. The debtors exempted the cash and bank balances under Minn. Stat. § 550.37 subd. 13 claiming an exemption of 100% of fair market value, up to any applicable statutory limit in the cash and all of the scheduled bank accounts.

The trustee timely filed an objection to the debtors' exemption claims under Minn. Stat. § 550.37 subd. 13 in the bank balances and cash.

The bank balances in three of the Border Bank accounts was either zero or negative on the date of filing. The Bell Bank account scheduled had an actual account balance of $841.92 on the date of filing. The debtors also had an unscheduled Bell Bank account with a balance of $2,194.05 on the date of filing. Both account balances were from wages deposited within 20 days of the bankruptcy filing.

The parties have agreed that the debtors' exemption claims would be limited to 75% of the bank balances, leaving $758.99 of nonexempt value in the bank balances. The parties further agreed that the cash on hand is not from wages and is not exempt. The debtors have paid the bankruptcy estate the sum of $2,758.99 to settle the trustee's objections to the exemption claims in the bank balances and cash.

The debtors list real estate located at 10160 Concord Dr., Horace, North Dakota claimed as their homestead with a scheduled value of $479,000, subject to a mortgage owed to Border Bank in the scheduled amount of $74,356. The debtors claimed the property as exempt using the Minnesota homestead exemption, Minn. Stat. §§ 510.01, 510.02, claiming 100% of the fair market value of the house, up to any applicable statutory limit. The trustee timely filed an objection alleging that the debtors' homestead exemption is limited by 11 U.S.C. § 522(p)(1) to $189,050 because the debtors acquired this property during the 1215-day period preceding the date of the filing of their bankruptcy petition. The parties have agreed that the exemption limitation under 11 U.S.C. § 522(p)(1) applies, and that each debtor is entitled to the $189,050 exemption for a total exemption claim of $378,100 in the real estate.

      A copy of the Settlement Agreement may be obtained by contacting the bankruptcy trustee. The bankruptcy estate will not incur a tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  October 28, 2024        /s/ Gene W. Doeling
                                          Bankruptcy Trustee
                                          P.O. Box 9231
                                          Fargo, ND 58106
                                          (701) 232-8757

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30287 |
|---|---|
| MARCUS WAYNE HANSON<br>KATHRYN BROOKE HANSON | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/28/2024, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2024

/s/ Gene W. Doeling
Gene W. Doeling  05078
Bankruptcy Trustee
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757
heather@kaler-doeling.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>MARCUS WAYNE HANSON<br>KATHRYN BROOKE HANSON | CASE NO: 24-30287<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 10/28/2024, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        ALLY BANK CO AIS PORTFOLIO SERVICES    AMERICAN EXPRESS NATIONAL BANK
NCRS ADDRESS DOWNLOAD                   LLC                                    CO ZWICKER  ASSOCIATES   PC
CASE 24-30287                           4515 N SANTA FE AVE DEPT APS           PO BOX 9043
DISTRICT OF NORTH DAKOTA                OKLAHOMA CITY   OK 73118-7901          ANDOVER  MA 01810-0943
MON OCT 28 9-58-21 PST 2024


EXCLUDE                                 EXCLUDE                                EXCLUDE
(U)BORDER BANK                          (U)FIFTH THIRD BANK  NA                US BANKRUPTCY COURT
                                                                               655 1ST AVENUE NORTH  SUITE 210
                                                                               FARGO  ND 58102-4932




ABST LAW                                ACE HARDWARE                           ACE RENTAL
PO BOX 10247                            PO BOX 577                             118 MAIN AVE N
FARGO  ND 58106-0247                    THIEF RIVER FALLS   MN 56701-0577      THIEF RIVER FALLS   MN 56701-1902



                                        EXCLUDE
(P)AFFINITY PLUS FEDERAL CREDIT UNION   (D)(P)AFFINITY PLUS FEDERAL CREDIT     ALLY BANK
ATTN BANKRUPTCY DEPARTMENT              UNION                                  AIS PORTFOLIO SERVICES   LLC
175 W LAFAYETTE FRONTAGE ROAD           ATTN BANKRUPTCY DEPARTMENT             4515 N SANTA FE AVE DEPT APS
SAINT PAUL MN 55107-1420                175 W LAFAYETTE FRONTAGE ROAD          OKLAHOMA CITY   OK 73118-7901
                                        SAINT PAUL MN 55107-1420


ALLY FINANCIAL  INC                     ALLY FINANCIAL  INC                    AMERICAN EXPRESS NATIONAL BANK  AENB
ATTN BANKRUPTCY                         PO BOX 380901                          CO KATIE E HANKARD
500 WOODWARD AVE                        BLOOMINGTON   MN 55438-0901            ZWICKER AND ASSOCIATES   PC
DETROIT  MI 48226-3416                                                         ATTORNEYSAGENTS FOR CREDITOR
                                                                               PO BOX 9043
                                                                               ANDOVER  MA 01810-0943

AMERICAN EXPRESS NATIONAL BANK  AENB    AMEX                                   AMEX
CO ZWICKER AND ASSOCIATES   PC          CORRESPONDENCEBANKRUPTCY               PO BOX 981537
ATTORNEYSAGENTS FOR CREDITOR            PO BOX 981540                          EL PASO  TX 79998-1537
PO BOX 9043                             EL PASO  TX 79998-1540
ANDOVER  MA 01810-0943


ANDREW A GREEN                          ATLANTIC SPECIALTY INSURANCE COMPANY   ATLANTIC SPECIALTY INSURANCE COMPANY
HALPERN COTTRELL GREEN PA               605 HIGHWAY 169 NORTH SUITE 800        CO GREGERSON  ROSOW  JOHNSON  NILAN  I
2287 WATERS DR                          MINNEAPOLIS   MN 55441-6533            100 WASHINGTON AVENUE SOUTH SUITE 1550
MENDOTA HEIGHTS   MN 55120-1363                                                MINNEAPOLIS   MN 55401-2154



BANK OF NORTH DAKOTA                    BANK OF NORTH DAKOTA                   BENJAMIN M SCHEEL
ATTN BANKRUPTCY                         PO BOX 5509                            100 WASHINGTON AVE SOUTH
PO BOX 5509                             BISMARCK   ND 58506-5509               SUITE 1550
BISMARCK   ND 58506-5509                                                       MINNEAPOLIS   MN 55401-2154



BILL ME LATER                           BLUE CROSS BLUE SHIELD                 BORDER BANK
2211 N 1ST ST                           PO BOX 64560                           9950 FOLEY BLVD NW
ELOY   AZ 85131                         SAINT PAUL   MN 55164-0560             COON RAPIDS   MN 55433-5203
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

BORDER BANK                              BORDER BANK                              BRADY MARTZ
PO BOX 280                               PO BOX 69                                100 3RD ST E
GREENBUSH   MN 56726-0280                BADGER   MN 56714-0069                   THIEF RIVER FALLS   MN 56701-2006



BREDESON OFFICE SUPPLY                   BRODIN COMFORT SYSTEM                    BRODIN COMFORT SYSTEMS
215 MAIN AVE N                           1902 HWY 32 S                            PO BOX 270
THIEF RIVER FALLS   MN 56701-1903        THIEF RIVER FALLS   MN 56701-4511        GRAFTON   ND 58237-0270



BROWN JOSEPH                             CAINE   WEINER                           CAPITAL ONE
ONE PIERCE PLACE SUITE 700 W             338 HARRIS HILL RD STE 206               ATTN BANKRUPTCY
ITASCA   IL 60143-1218                   BUFFALO   NY 14221-7470                  PO BOX 30285
                                                                                  SALT LAKE CITY   UT 84130-0285



CAPITAL ONE                              CAPITAL ONE                              CAPITAL ONE AUTO FINANCE
PO BOX 31293                             PO BOX 71746                             ATTN BANKRUPTCY
SALT LAKE CITY   UT 84131-0293           PHILADELPHIA   PA 19176-1746             7933 PRESTON RD
                                                                                  PLANO   TX 75024-2302



CAPITAL ONE AUTO FINANCE                 CAPITAL ONE NA                           CENTURY LINK
CREDIT                                   BY AIS INFOSOURCE LP AS AGENT            PO BOX 2961
BUREAU DISPUTE                           PO BOX 71083                             PHOENIX   AZ 85062-2961
PLANO   TX 75025                         CHARLOTTE   NC  28272-1083



(P)CENTURYTEL SERVICE GROUP LLC DBA      CHRIS MANNING                            CITY OF THIEF RIVER FALLS
CENTURYLINK                              1211 ARNOLD AVE                          PO BOX 528
931 14TH STREET 9TH FLOOR                THIEF RIVER FALLS   MN 56701-1119        THIEF RIVER FALLS   MN 56701-0528
DENVER CO 80202-2994



(P)COLLEGE AVE STUDENT LOANS             COLLEGE AVE STUDENT LOANS                CONSTRUCTION SUPPLY
233 N KING STREET                        CAROL STREAM   IL 60197                  2410 5TH AVE N
SUITE 400                                                                         FARGO   ND 58102-4022
WILMINGTON DE 19801-2545



CREDIT SERVICE INTERNATIONAL             DAKOTA FIRE                              DISCOVER BANK
630 S GREEN BAY RD STE 3                 PO BOX 5327                              PO BOX 3025
NEENAH   WI 54956-3190                   GRAND FORKS   ND 58206-5327              NEW ALBANY   OH 43054-3025



DISCOVER FINANCIAL                       DISCOVER FINANCIAL                       FALLS ELECTRIC
ATTN BANKRUPTCY                          PO BOX 30939                             720 DAWN AVE
PO BOX 3025                              SALT LAKE CITY   UT 84130-0939           THIEF RIVER FALLS   MN 56701-1049
NEW ALBANY   OH 43054-3025
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled OMIT/EXCLUDE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FIFTH THIRD BANK<br>5050 KINGSLEY DR<br>CINCINNATI OH 45227-1115 | FIFTH THIRD BANK<br>ATTN BANKRUPTCY MAILDROP RCS83E<br>1830 E PARIS AVE SE<br>GRAND RAPIDS MI 49546-8803 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| EXCLUDE<br><s>(D)(P)FIRST NATIONAL BANK OF OMAHA</s><br><s>1620 DODGE ST</s><br><s>STOP CODE 3113</s><br><s>OMAHA NE 68102-1593</s> | GARDEN VALLEY<br>PO BOX 259<br>ERSKINE MN 56535-0259 | GM FINANCIAL<br>801 CHERRY ST<br>STE 3600<br>FORT WORTH TX 76102-6855 |
| GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 | GREAT AMERICAN FINANCIAL<br>PO BOX 660831<br>DALLAS TX 75266-0831 | GREENBURG GRANT RICHARDS<br>5858 WESTHEIMER STE 500<br>HOUSTON TX 77057-5645 |
| HANMI BANK<br>CO HEMAR ROUSSO HEALD LLP<br>ATTN SANDRA I TIBERI<br>15910 VENTURA BLVD 12TH FLOOR<br>ENCINO CA 91436-2813 | HANMI BANK<br>15910 VENTURA BLVD<br>ENCINO CA 91436-2802 | HANSON CONSTRUCTION OF THIEF RIVER FALLS<br>16210 150TH ST NE<br>THIEF RIVER FALLS MN 56701-8473 |
| HARBOTT KNUTSON LARSON<br>PO BOX 457<br>BIG SKY MT 59716-0457 | HUBERTS OUTDOOR POWER<br>17269 US HWY 59 NE<br>THIEF RIVER FALLS MN 56701-8545 | IC SYSTEMS<br>PO BOX 64378<br>SAINT PAUL MN 55164-0378 |
| IDEAL CREDIT UNION<br>8499 TAMARACK RD<br>WOODBURY MN 55125-9201 | INTERNAL AUDITING SERVICE<br>PO BOX 132<br>LAKE PARK MN 56554-0132 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JOHN D SCHROEDER<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD STE 200<br>GRAND FORKS ND 58201-6062 | KENNELLY<br>1213 NP AVE SUITE 301<br>FARGO ND 58102-4798 | KNOX RE INC<br>16210 150TH ST NE<br>THIEF RIVER FALLS MN 56701-8473 |
| UNDELIVERABLE<br>LM SUPPLY<br>PO BOX 557440280 | LEE PLUMBING<br>1430 MAIN AVE N<br>THIEF RIVER FALLS MN 56701-1142 | LESS SANITATION<br>PO BOX 757<br>THIEF RIVER FALLS MN 56701-0757 |
| LINCOLN AUTOMOTIVE FINANCE<br>ATTN BANKRUTCY<br>PO BOX 542000<br>OMAHA NE 68154-8000 | LINCOLN AUTOMOTIVE FINANCE<br>PO BOX 542000<br>OMAHA NE 68154-8000 | MN ENERGY<br>PO BOX 6040<br>CAROL STREAM IL 60197-6040 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (U)NDELIVERABLE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARSHALL CTY TREASURER<br>208 EAST COLVIN AVE STE 12<br>WARREN   MN 56762-1692 | EXCLUDE<br>~~(U)MID AMERICA STEEL INC~~ | MINNESOTA DEPARTMENT OF REVENUE<br>PO BOX 64649<br>SAINT PAUL   MN 55164-0649 |
| MINNESOTA REVENUE<br>PO BOX 64447   BKY<br>ST PAUL   MN 55164-0447 | MINNESOTA UNEMPLOYMENT INS<br>PO BOX 4629<br>SAINT PAUL   MN 55101-4629 | NORTHDALE OIL<br>3000 HEARTLAND DR<br>GRAND FORKS   ND 58201-3310 |
| OTIS ELEVATOR CO<br>PO BOX 73579<br>CHICAGO   IL 60673-7579 | PAINT AND GLASS INTERIORS   INC<br>324 HORACE AVE N<br>THIEF RIVER FALLS   MN 56701-2027 | PENNINGTON CTY TREASURER<br>PO BOX 616<br>THIEF RIVER FALLS   MN 56701-0616 |
| PETERSON LUMBER<br>PO BOX 678<br>THIEF RIVER FALLS   MN 56701-0678 | PETERSON LUMBER OF THIEF RIVER FALLS INC<br>HALPERN COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS   MN 55120-1363 | PREMIUM WATERS<br>PO BOX 9128<br>MINNEAPOLIS   MN 55480-9128 |
| RCB COLLECTIONS<br>PO BOX 706<br>HIBBING   MN 55746-0706 | RAUSCH MILLIKEN<br>PO BOX 8390<br>METAIRIE   LA 70011-8390 | RED LAKE ELECTRIC<br>PO BOX 430<br>RED LAKE FALLS   MN 56750-0430 |
| RYAN W AMES<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD   STE 200<br>GRAND FORKS   ND 58201-6062 | SANTANDER CONSUMER USA   INC<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH   TX 76161-0244 | SANTANDER CONSUMER USA   INC<br>PO BOX 961211<br>FORT WORTH   TX 76161-0211 |
| STONE SAUNDERS<br>1391 W 5TH AVE STE 226<br>COLUMBUS   OH 43212-2902 | SWS CREDIT SERVICES IN<br>PO BOX 270<br>GRAFTON   ND 58237-0270 | SYNCBPAYPAL<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO   FL 32896-5060 |
| SYNCBPAYPAL<br>PO BOX 71727<br>PHILADELPHIA   PA 19176-1727 | SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO   FL 32896-5060 | SYNCHRONY BANKJCPENNEY<br>PO BOX 71729<br>PHILADELPHIA   PA 19176-1729 |
| TD AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS   MI 48333-9223 | TD AUTO FINANCE<br>PO BOX 9223<br>FARMINGTON   MI 48333-9223 | TD RETAIL CARDCUB CADET<br>ATTN BANKRUPTCY<br>PO BOX 100114<br>COLUMBIA   SC 29202-3114 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

UNDELIVERABLE
TD RETAIL CARDCUB CADET                 THE STARK AGENCY                        THE STARK COLLECTION A
COLUMBIA   SC 29202                     ATTN BANKRUPTCY                         402 GAMMON PL
                                        PO BOX 45710                            STE 240
                                        MADISON  WI 53744-5710                  MADISON  WI 53719-1074




THIEF RIVER FORD                        US SMALL BUSINESS ADMINISTRATION        UNITED EMPLOYEES CU
802 3RD ST W                            2 NORTH STREET SUITE 320                430 BRIDGE AVE
THIEF RIVER FALLS   MN 56701-1803       BIRMINGHAM  AL 35203                    ALBERT LEA  MN 56007-2953




VELDE MOORE                             VERIDIAN                                VERIDIAN CREDIT UNION
1118 BROADWAY                           1827 ANSBOROUGH AVE                     1827 ANSBOROUGH AVE
ALEXANDRIA   MN 56308-2530              WATERLOO   IA 50701-3629                WATERLOO   IA 50701-3629




VERIDIAN CREDIT UNION                   (P)VERIDIAN CREDIT UNION                VERIZON
402 GAMMON PL                           P O BOX 6000                            BY AMERICAN INFOSOURCE AS AGENT
STE 240                                 WATERLOO IA 50704-6000                  PO BOX 4457
MADISON  WI 53719-1074                                                          HOUSTON  TX  77210-4457




WAGONER FALCON                          WELLS FARGO DEALER SERVICES             WELLS FARGO DEALER SERVICES
100 S 5TH ST 800                        ATTN BANKRUPTCY                         PO BOX 71092
MINNEAPOLIS   MN 55402-5357             1100 CORPORATE CENTER DR                CHARLOTTE   NC 28272-1092
                                        RALEIGH   NC 27607-5066




WELLS FARGO HOME MORTGAGE               WELLS FARGO HOME MORTGAGE               WIDSETH
ATTN BANKRUPTCY DEPT                    PO BOX 10335                            216 S MAIN ST
PO BOX 10335                            DES MOINES   IA 50306-0335              CROOKSTON  MN 56716-1939
DES MOINES   IA 50306-0335




                                        EXCLUDE
ZWICKER  ASSOCIATES  PC                 GENE W DOELING                          KATHRYN BROOKE HANSON
80 MINUTEMAN RD                         BANKRUPTCY TRUSTEE                      10160 CONCORD DRIVE
ANDOVER  MA 01810-1008                  3429 INTERSTATE BLVD S                  WEST FARGO  ND 58078
                                        PO BOX 9231
                                        FARGO  ND 58106-9231



                                        EXCLUDE
DEBTOR
MARCUS WAYNE HANSON                     MAURICE VERSTANDIG                      ROBERT B RASCHKE
10160 CONCORD DRIVE                     THE DAKOTA BANKRUPTCY FIRM              ASSISTANT US TRUSTEE
WEST FARGO  ND 58078                    1630 1ST AVENUE N                       SUITE 1015 US COURTHOUSE
                                        SUITE B PMB 24                          300 SOUTH FOURTH STREET
                                        FARGO  ND 58102-4246                    MINNEAPOLIS  MN 55415-1320
```