

**U.S. Small Business Administration**

john.baker@sba.gov | 312-804-2477 | www.sba.gov
Office of General Counsel | 721 19th Street, Suite 426 | Denver, Colorado 80202

November 5, 2024

RE:  Correspondence to add as Creditor
     Case No. ND 24-30287, Hanson

Dear Court:

Pertaining to Case No. ND 24-30287, Marcus Wayne Hanson and Kathryn Brooke Hanson, please add the U.S. Small Business Administration to this case as a creditor using the address and representative listed below.

U.S. Small Business Administration
John W. Baker, Attorney
721 19th Street
Suite 426
Denver, CO  80202

If you have any questions don't hesitate to contact me at the contact information in the header.

Respectfully,


    /s/
John W. Baker
SBA Counsel


*All SBA programs and services are extended to the public on a nondiscriminatory basis.*