# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Marcus Wayne Hanson,
a/k/a Marc Hanson,
Kathryn Brooke Hanson,
a/k/a Katie Hanson,
          Debtors.
_____/

Bky. Case No. 24-30287
Chapter 7

**ORDER**

On October 15, 2024, the Bankruptcy Trustee filed a Motion for Abandonment of the Bankruptcy Estate's interest in Hanson Construction of Thief River Falls, Inc. and Knox Re, Inc.  Doc 36.  The Trustee served notice of the motion.  The Court received no objections. The Court finds cause for granting the motion under 11 U.S.C. § 554. Therefore, **IT IS ORDERED** that the Motion for Abandonment is **GRANTED**. The Trustee is authorized to abandon the bankruptcy estate's interest in the property listed in the Debtors' schedules as Hanson Construction of Thief River Falls, Inc. and Knox Re, Inc.

Dated this 6th day of November, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court