United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30287-skh |
| Marcus Wayne Hanson | Chapter 7 |
| Kathryn Brooke Hanson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdf2some | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Marcus Wayne Hanson, Kathryn Brooke Hanson, 10160 Concord Drive, West Fargo, ND 58078 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 08, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GENE W. DOELING | on behalf of Trustee Gene W Doeling gene@kaler-doeling.com heather@kaler-doeling.com,mn20@ecfcbis.com |
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| John D. Schroeder | on behalf of Creditor Border Bank jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker Atty U.S. Small Business Administration john.baker@sba.gov |
| Maurice VerStandig | on behalf of Debtor Marcus Wayne Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kathryn Brooke Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdf2some | Total Noticed: 1 |

USTPRegion12.SX.ECF@usdoj.gov

Ryan W. Ames

    on behalf of Creditor Border Bank rames@northdakotalaw.net  bdipersio@northdakotalaw.net

Tyler S Wirick

    on behalf of Creditor Fifth Third Bank  N.A. tylerw@hwmlawfirm.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Marcus Wayne Hanson,
a/k/a Marc Hanson,
Kathryn Brooke Hanson,
a/k/a Katie Hanson,
        Debtors.
_____/

Bky. Case No. 24-30287
Chapter 7

**ORDER**

On October 15, 2024, the Bankruptcy Trustee filed a Motion for Abandonment of the Bankruptcy Estate's interest in Hanson Construction of Thief River Falls, Inc. and Knox Re, Inc. Doc 36. The Trustee served notice of the motion. The Court received no objections. The Court finds cause for granting the motion under 11 U.S.C. § 554. Therefore, **IT IS ORDERED** that the Motion for Abandonment is **GRANTED**. The Trustee is authorized to abandon the bankruptcy estate's interest in the property listed in the Debtors' schedules as Hanson Construction of Thief River Falls, Inc. and Knox Re, Inc.

Dated this 6th day of November, 2024.

    /s/ Shon Hastings
    Shon Hastings, Judge
    United States Bankruptcy Court