**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 24-30287 |
| | Chapter 7 |
| Marcus Wayne Hanson, | |
| a/k/a Marc Hanson, | |
| Kathryn Brooke Hanson, | **ORDER** |
| a/k/a Katie Hanson, | |
| | |
| Debtors. | |
| _____/ | |

On October 28, 2024, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement executed by the Trustee and Debtors. Doc 40. The Trustee served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion for Approval of Settlement Agreement is **GRANTED**. The Settlement Agreement filed as Document 39 is **APPROVED**.

Dated this 20th day of November, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court