United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re:<br>Marcus Wayne Hanson<br>Kathryn Brooke Hanson<br>    Debtors | Case No. 24-30287-skh<br>Chapter 7 |

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2
Date Rcvd: Nov 20, 2024      Form ID: pdf2some      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Marcus Wayne Hanson, Kathryn Brooke Hanson, 10160 Concord Drive, West Fargo, ND 58078 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GENE W. DOELING | on behalf of Trustee Gene W Doeling gene@kaler-doeling.com heather@kaler-doeling.com,mn20@ecfcbis.com |
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| John D. Schroeder | on behalf of Creditor Border Bank jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker Atty U.S. Small Business Administration john.baker@sba.gov |
| Maurice VerStandig | on behalf of Debtor Marcus Wayne Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kathryn Brooke Hanson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 20, 2024 | Form ID: pdf2some | Total Noticed: 1

USTPRegion12.SX.ECF@usdoj.gov

Ryan W. Ames
    on behalf of Creditor Border Bank rames@northdakotalaw.net  bdipersio@northdakotalaw.net

Tyler S Wirick
    on behalf of Creditor Fifth Third Bank  N.A. tylerw@hwmlawfirm.com, pteronarcys.esq@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                           Bky. Case No. 24-30287
                                                 Chapter 7
Marcus Wayne Hanson,
a/k/a Marc Hanson,
Kathryn Brooke Hanson,                           **ORDER**
a/k/a Katie Hanson,

　　　　　　Debtors.
_____/

　　　　On October 28, 2024, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement executed by the Trustee and Debtors. Doc 40. The Trustee served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion for Approval of Settlement Agreement is **GRANTED**. The Settlement Agreement filed as Document 39 is **APPROVED**.

　　　　Dated this 20th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Shon Hastings
　　　　　　　　　　　　　　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court