## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                    )     Bky. Case No. 24-30287
                                          )     Chapter 7
Marcus Wayne Hanson,                      )
Kathryn Brooke Hanson,                    )     **APPLICATION FOR APPROVAL**
                                          )     **OF EMPLOYMENT OF ACCOUNTANT**
                    Debtors.              )
_____          )

1.      Applicant is the trustee in this case.

2.      Applicant believes that the employment of an Accountant is necessary to represent or assist trustee in carrying out the trustee's duties as follows:  Do tax analysis & prepare the tax returns as required.

3.      Haga Kommer of 5195 45th St. S, Fargo, ND 58107, is qualified by reason of practice and experience to render such representation or assistance.

4.      The compensation will be as follows:  Darrel D. Horab - $300.00 per hour plus out of pocket expenses and Scott W. Wentz - $300.00 per hour plus out of pocket expenses.

5.      Said professionals have disclosed to the undersigned that they have the following connections with the Debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  Neither they nor any of their employees have any connections with the aforementioned parties.

6.      The Trustee has asked the applicants to begin work immediately to expedite its work and to more efficiently use the time the applicants and Trustee have spent on this case making the initial analysis.  Therefore, the Trustee respectfully requests that the employment be authorized effective on the date of this application.

WHEREFORE, applicant requests that the Court approve such employment by trustee.

DATED: <u>April 16, 2025</u>                              /s/  Gene W. Doeling
                                                         Gene W. Doeling
                                                         Bankruptcy Trustee
                                                         P.O. Box 9231
                                                         Fargo, ND  58106
                                                         (701) 232-8757

## 2014(a) RULE VERIFICATION

Darrel D. Horab and Scott W. Wentz of 5195 45th St. S, Fargo, ND 58104, the proposed professionals named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of our knowledge, information, and belief.

DATED: _4/16/2025_          SIGNED:     _____
                                        Darrel D. Horab
                                        701-277-3111

DATED: _4/16/2025_          SIGNED:     _____
                                        Scott W. Wentz
                                        701-277-3111

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30287 |
| | ) | Chapter 7 |
| Marcus Wayne Hanson, | ) | |
| Kathryn Brooke Hanson, | ) | **NOTICE OF APPLICATION** |
| | ) | **FOR APPROVAL OF** |
| Debtors. | ) | **EMPLOYMENT OF ACCOUNTANT** |
| | ) | |

**NOTICE OF APPLICATION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 First Ave. N. – Suite 210
Fargo, ND 58107-4932

United States Trustee
300 S. 4th Street
Suite 1015
Minneapolis, MN  55415

Trustee
(See
address
below)

DATED:  April 16, 2025

/s/  Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30287 |
| | ) | Chapter 7 |
| Marcus Wayne Hanson, | ) | |
| Kathryn Brooke Hanson, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Debtors. | ) | |
| | ) | |

Gene W. Doeling of Fargo, ND, swears that on April 16, 2025, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND APPLICATION FOR APPROVAL
OF EMPLOYMENT OF ACCOUNTANT**

to the parties listed below:

Maurice VerStandig, on behalf of the debtors, mac@dakotabankruptcy.com

USTPRegion12.SX.ECF@usdoj.gov


/s/  Gene W. Doeling
Gene W. Doeling