**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:  MARCUS WAYNE HANSON           §   Case No. 24-30287
        KATHRYN BROOKE HANSON          §
                                       §
                                       §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/08/2024. The undersigned trustee was appointed on 07/09/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $         40,470.23

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 57.96 |
   | Bank service fees | 589.46 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 39,822.81 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/24/2024 and the deadline for filing governmental claims was 01/04/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,797.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,797.02, for a total compensation of $4,797.02[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $546.28 for total expenses of $546.28[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2025                                By: /s/ Gene W. Doeling
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 24-30287
Case Name: MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON

For Period Ending: 11/14/2025

Trustee Name: (540081) Gene W. Doeling
Date Filed (f) or Converted (c): 07/08/2024 (f)
§ 341(a) Meeting Date: 08/16/2024
Claims Bar Date: 10/24/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10160 Concord Drive, Horace, ND 58047, Cass County | 479,000.00 | 26,544.00 | | 26,544.00 | FA |
| 2 | 2019 GMC Acadia | 21,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Chevrolet Traverse | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Kitchen dishes and cooking items | 850.00 | 0.00 | | 0.00 | FA |
| 5 | Three beds, two couches, a kitchen table and chairs, three bedroom furniture sets, a desk, a washer/dryer, a refrigerator, a deepfreezer, two grills, lawn furniture; and a walk-behind snow blower | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | Four bicycles | Unknown | 0.00 | | 0.00 | FA |
| 7 | Firearms | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | His and her wedding rings; Earrings | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 10 | Checking: Bell Bank (Acct 1594) | 10.24 | 210.48 | | 210.48 | FA |
| 11 | Checking: Border Bank | 1,337.04 | 0.00 | | 0.00 | FA |
| 12 | Checking: Border Bank Unknown | Unknown | 0.00 | | 0.00 | FA |
| 13 | Checking: Border Bank | 525.48 | 0.00 | | 0.00 | FA |
| 14 | Hanson Construction of Thief River Falls, 100% ownership | 1.00 | 0.00 | OA | 0.00 | FA |
| 15 | Knox Re, Inc., 100% ownership | 667,222.73 | 0.00 | OA | 0.00 | FA |
| 16 | IRA: IRA | 88,000.00 | 0.00 | | 0.00 | FA |
| 17 | Bell Bank Acct 2642 (u) | 0.00 | 548.51 | | 548.51 | FA |
| 18 | Levied Funds by Atlanta Specialty Insurance Company (u) | 0.00 | 11,167.24 | | 11,167.24 | FA |
| 18 | **Assets Totals (Excluding unknown values)** | **$1,276,946.49** | **$40,470.23** | | **$40,470.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Do TFR.

**Initial Projected Date Of Final Report (TFR):** 05/30/2025    **Current Projected Date Of Final Report (TFR):** 11/07/2025 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 24-30287
**Case Name:** MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON

**For Period Ending:** 11/14/2025

**Trustee Name:** (540081) Gene W. Doeling
**Date Filed (f) or Converted (c):** 07/08/2024 (f)
**§ 341(a) Meeting Date:** 08/16/2024
**Claims Bar Date:** 10/24/2024

11/14/2025
Date

/s/Gene W. Doeling
Gene W. Doeling

UST Form 101-7-TFR (5/1/2011)

Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 24-30287 | Trustee Name: | Gene W. Doeling (540081) |
|---|---|---|---|
| Case Name: | MARCUS WAYNE HANSON | Bank Name: | TriState Capital Bank |
| | KATHRYN BROOKE HANSON | Account #: | ******1863 Checking |
| Taxpayer ID #: | **-***8963 | Blanket Bond (per case limit): | $27,281,000.00 |
| For Period Ending: | 11/14/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/16/24 | {18} | Border Bank | Return of levied funds being held by Border Bank. | 1241-000 | 11,167.24 | | 11,167.24 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.54 | 11,160.70 |
| 10/10/24 | | KATHRYN BROOKE HANSON | Payment for nonexempt cash assets. | | 2,758.99 | | 13,919.69 |
| | {9} | | cash $2,000.00 | 1129-000 | | | |
| | {10} | | bell 1594 $210.48 | 1129-000 | | | |
| | {17} | | bell 2642 $548.51 | 1229-000 | | | |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.70 | 13,896.99 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.73 | 13,876.26 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.39 | 13,851.87 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.93 | 13,828.94 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.68 | 13,808.26 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.39 | 13,786.87 |
| 04/07/25 | {1} | KATHRYN BROOKE HANSON | Payment for nonexempt equity in homestead property. | 1110-000 | 26,544.00 | | 40,330.87 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 56.18 | 40,274.69 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 64.54 | 40,210.15 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.29 | 40,147.86 |
| 07/07/25 | 101 | International Sureties, Ltd. | Bond Number 612418760 | 2300-000 | | 57.96 | 40,089.90 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 70.73 | 40,019.17 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.00 | 39,957.17 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 68.30 | 39,888.87 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 66.06 | 39,822.81 |
| | | **COLUMN TOTALS** | | | 40,470.23 | 647.42 | $39,822.81 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 40,470.23 | 647.42 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$40,470.23** | **$647.42** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30287 | **Trustee Name:** | Gene W. Doeling (540081) |
| **Case Name:** | MARCUS WAYNE HANSON<br>KATHRYN BROOKE HANSON | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******1863 Checking |
| **Taxpayer ID #:** | **-***8963 | **Blanket Bond (per case limit):** | $27,281,000.00 |
| **For Period Ending:** 11/14/2025 | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $40,470.23 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $40,470.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1863 Checking | $40,470.23 | $647.42 | $39,822.81 |
| | $40,470.23 | $647.42 | $39,822.81 |

11/14/2025
Date

/s/Gene W. Doeling
Gene W. Doeling

UST Form 101-7-TFR (5/1/2011)

Printed:  11/14/2025 10:24 AM                                                                                                        Page: 1

# Exhibit C

## Claims Proposed Distribution Register

**Case: 24-30287 MARCUS WAYNE HANSON AND KATHRYN BROOKE**

**Case Balance:** $39,822.81    **Total Proposed Payment:** $39,822.81    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | International Sureties, Ltd. | Admin Ch. 7 | $0.00 | $57.96 | $57.96 | $0.00 | $0.00 | $39,822.81 |
|  | <2300-00 Bond Payments> | | | | | | | |
|  | Gene W. Doeling | Admin Ch. 7 | $4,797.02 | $4,797.02 | $0.00 | $4,797.02 | $4,797.02 | $35,025.79 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Gene W. Doeling | Admin Ch. 7 | $546.28 | $546.28 | $0.00 | $546.28 | $546.28 | $34,479.51 |
|  | <2200-00 Trustee Expenses> | | | | | | | |
|  | Haga Kommer | Admin Ch. 7 | $1,845.00 | $1,845.00 | $0.00 | $1,845.00 | $1,845.00 | $32,634.51 |
|  | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | Haga Kommer | Admin Ch. 7 | $50.02 | $50.02 | $0.00 | $50.02 | $50.02 | $32,584.49 |
|  | <3992-00 Other Professional's Expenses> | | | | | | | |
|  | KALER DOELING, PLLP | Admin Ch. 7 | $3,719.00 | $3,719.00 | $0.00 | $3,719.00 | $3,719.00 | $28,865.49 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | KALER DOELING, PLLP | Admin Ch. 7 | $17.34 | $17.34 | $0.00 | $17.34 | $17.34 | $28,848.15 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| 11 | Internal Revenue Service | Priority | $6,242.13 | $6,242.13 | $0.00 | $6,242.13 | $6,242.13 | $22,606.02 |
| 19P | Minnesota Revenue | Priority | $1,590.91 | $1,590.91 | $0.00 | $1,590.91 | $1,590.91 | $21,015.11 |

Printed: 11/14/2025 10:24 AM

Page: 2

## Exhibit C

## Claims Proposed Distribution Register

**Case: 24-30287 MARCUS WAYNE HANSON AND KATHRYN BROOKE**

**Case Balance:** $39,822.81      **Total Proposed Payment:** $39,822.81      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | CenturyTel Service Group, LLC dba CenturyLink | Unsecured | $66.87 | $66.87 | $0.00 | $66.87 | $0.64 | $21,014.47 |
| 2 | American Express National Bank, AENB | Unsecured | $109,832.44 | $109,832.44 | $0.00 | $109,832.44 | $1,047.07 | $19,967.40 |
| 3 | Peterson Lumber of Thief River Falls Inc | Unsecured | $25,110.90 | $25,110.90 | $0.00 | $25,110.90 | $239.39 | $19,728.01 |
| 4 | Bank of North Dakota | Unsecured | $28,340.62 | $28,340.62 | $0.00 | $28,340.62 | $270.18 | $19,457.83 |
| 5 | Sws Credit Services In | Unsecured | $225.23 | $225.23 | $0.00 | $225.23 | $2.15 | $19,455.68 |
| 6 | Sws Credit Services In | Unsecured | $7,518.05 | $7,518.05 | $0.00 | $7,518.05 | $71.67 | $19,384.01 |
| 7 | Sws Credit Services In | Unsecured | $4,419.74 | $4,419.74 | $0.00 | $4,419.74 | $42.13 | $19,341.88 |
| 8 | Capital One N.A. | Unsecured | $2,474.58 | $2,474.58 | $0.00 | $2,474.58 | $23.59 | $19,318.29 |
| 9 | Discover Bank | Unsecured | $19.54 | $19.54 | $0.00 | $19.54 | $0.19 | $19,318.10 |
| 10 | HANMI BANK | Unsecured | $61,015.01 | $61,015.01 | $0.00 | $61,015.01 | $581.68 | $18,736.42 |
| 12 | Veridian Credit Union | Unsecured | $6,276.60 | $6,276.60 | $0.00 | $6,276.60 | $59.84 | $18,676.58 |
| 13 | Paint and Glass Interiors, Inc. | Unsecured | $24,398.86 | $24,398.86 | $0.00 | $24,398.86 | $232.60 | $18,443.98 |
| 14 | Verizon | Unsecured | $75.68 | $75.68 | $0.00 | $75.68 | $0.72 | $18,443.26 |
| 15 | Lee Plumbing | Unsecured | $20,438.94 | $20,438.94 | $0.00 | $20,438.94 | $194.85 | $18,248.41 |

Printed: 11/14/2025 10:24 AM

Page: 3

## Exhibit C

## Claims Proposed Distribution Register

**Case: 24-30287 MARCUS WAYNE HANSON AND KATHRYN BROOKE**

**Case Balance:** $39,822.81     **Total Proposed Payment:** $39,822.81     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 16U | Border Bank | Unsecured | $131,269.77 | $131,269.77 | $0.00 | $131,269.77 | $1,251.44 | $16,996.97 |
| 17 | Border Bank | Unsecured | $1,320,731. | $1,320,731.59 | $0.00 | $1,320,731.59 | $12,590.97 | $4,406.00 |
| 18 | Atlantic Specialty Insurance Company | Unsecured | $462,167.66 | $462,167.66 | $0.00 | $462,167.66 | $4,406.00 | $0.00 |
| 20 | U.S. Small Business Administration | Unsecured | $388,064.36 | $388,064.36 | $0.00 | $388,064.36 | $0.00 | $0.00 |
| 16S | Border Bank | Secured | $479,000.00 | $479,000.00 | $0.00 | $479,000.00 | $0.00 | $0.00 |
| | **Total for Case:** | 24-30287 | $3,090,254.14 | $3,090,312.10 | $57.96 | $3,090,254.14 | $39,822.81 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-30287
Case Name:  MARCUS WAYNE HANSON AND
            KATHRYN BROOKE HANSON
Trustee Name: Gene W. Doeling

**Balance on hand:**          $          39,822.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16S | Border Bank | 479,000.00 | 479,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                       $     39,822.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gene W. Doeling | 4,797.02 | 0.00 | 4,797.02 |
| Trustee, Expenses - Gene W. Doeling | 546.28 | 0.00 | 546.28 |
| Attorney for Trustee Fees - KALER DOELING, PLLP | 3,719.00 | 0.00 | 3,719.00 |
| Bond Payments - International Sureties, Ltd. | 57.96 | 57.96 | 0.00 |
| Attorney for Trustee, Expenses - KALER DOELING, PLLP | 17.34 | 0.00 | 17.34 |
| Accountant for Trustee Fees (Other Firm) - Haga Kommer | 1,845.00 | 0.00 | 1,845.00 |
| Other Professional's Expenses - Haga Kommer | 50.02 | 0.00 | 50.02 |

Total to be paid for chapter 7 administrative expenses:   $     10,974.66
Remaining balance:                                        $     28,848.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $     28,848.15

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,833.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Internal Revenue Service | 6,242.13 | 0.00 | 6,242.13 |
| 19P | Minnesota Revenue | 1,590.91 | 0.00 | 1,590.91 |

Total to be paid for priority claims: $ 7,833.04
Remaining balance: $ 21,015.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,204,382.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CenturyTel Service Group, LLC dba CenturyLink | 66.87 | 0.00 | 0.64 |
| 2 | American Express National Bank, AENB | 109,832.44 | 0.00 | 1,047.07 |
| 3 | Peterson Lumber of Thief River Falls Inc | 25,110.90 | 0.00 | 239.39 |
| 4 | Bank of North Dakota | 28,340.62 | 0.00 | 270.18 |
| 5 | Sws Credit Services In | 225.23 | 0.00 | 2.15 |
| 6 | Sws Credit Services In | 7,518.05 | 0.00 | 71.67 |
| 7 | Sws Credit Services In | 4,419.74 | 0.00 | 42.13 |
| 8 | Capital One N.A. | 2,474.58 | 0.00 | 23.59 |
| 9 | Discover Bank | 19.54 | 0.00 | 0.19 |
| 10 | HANMI BANK | 61,015.01 | 0.00 | 581.68 |
| 12 | Veridian Credit Union | 6,276.60 | 0.00 | 59.84 |
| 13 | Paint and Glass Interiors, Inc. | 24,398.86 | 0.00 | 232.60 |
| 14 | Verizon | 75.68 | 0.00 | 0.72 |
| 15 | Lee Plumbing | 20,438.94 | 0.00 | 194.85 |
| 16U | Border Bank | 131,269.77 | 0.00 | 1,251.44 |
| 17 | Border Bank | 1,320,731.59 | 0.00 | 12,590.97 |
| 18 | Atlantic Specialty Insurance Company | 462,167.66 | 0.00 | 4,406.00 |

Total to be paid for timely general unsecured claims: $ 21,015.11
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

    Tardily filed claims of general (unsecured) creditors totaling $388,064.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | U.S. Small Business Administration | 388,064.36 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**