# Expense Worksheet

## Period:  07/09/2024  -  11/14/2025

### Trustee: Gene W. Doeling

| | | | |
|---|---|---|---|
| **Case Number:** | 24-30287 | **Case Name:** | MARCUS W. HANSON AND KATHRYN |
| **Case Type:** | Asset | **Judge:** | SHON HASTINGS |
| **Petition Date:** | 07/08/2024 | **341a Meeting:** | 09/05/2024 2.00 PM |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/03/2025 | Copies | 62.0 | $ 0.500000 | $31.00 |
| | **Total for category COPY** | **62.0** | | **$31.00** |

**Category:** FEE

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/03/2025 | Service of NFR | 1.0 | $ 233.550000 | $233.55 |
| 10/28/2024 | Service of Motion to Approve Settlement Agreement | 1.0 | $ 129.470000 | $129.47 |
| 10/15/2024 | Service of Motion to Abandon Business Entities | 1.0 | $ 128.400000 | $128.40 |
| | **Total for category FEE** | **3.0** | | **$491.42** |

**Category:** OTHR

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/22/2024 | Temporary mail forwarding from Knox Re Inc.'s PO Box to Trustee's office | 1.0 | $ 3.300000 | $3.30 |
| | **Total for category OTHR** | **1.0** | | **$3.30** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/03/2025 | Postage | 19.0 | $ 0.740000 | $14.06 |
| | **Total for category POST** | **19.0** | | **$14.06** |

**Category:** PRINT

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/03/2025 | Check printing | 26.0 | $ 0.250000 | $6.50 |
| | **Total for category PRINT** | **26.0** | | **$6.50** |

**Total for case 24-30287:**          **$546.28**

**Total for case 24-30287:**         **$546.28**

**Grand Total:**         **$546.28**