UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 24-30287 |
| | ) | Chapter 7 |
| Marcus Wayne Hanson, | ) | |
| Kathryn Brooke Hanson, | ) | **APPLICATION FOR ALLOWANCE** |
| | ) | **OF FINAL COMPENSATION TO** |
| Debtors. | ) | **ATTORNEY FOR THE TRUSTEE** |
| | ) | |

Applicant, Kaler Doeling PLLP, Attorney for Gene W. Doeling, Trustee, ("Applicant"), respectfully represents as follows:

1. Gene Doeling was duly appointed the case Trustee in the above-captioned Chapter 7 case.

2. The petition commencing this case as a Chapter 7 case was filed on July 8, 2024. The case is now pending in this Court.

3. Applicant requests relief with respect to allowance of final compensation for services rendered.

4. The Court approved the Trustee's employment of Kaler Doeling PLLP, (Applicant), as its attorney pursuant to 11 U.S.C. §§ 327 and 328 on August 30, 2024, effective August 15, 2024.

5. Applicant has not received a retainer.

6. Applicant has made no previous application for compensation nor received any payments.

7. _____ No plan has been confirmed.
   _____ A plan was confirmed on _____.
   __X__ Not applicable.

8. As of the date of this Application, to the best of Applicant's belief, Applicant is not aware of any unpaid administrative expenses which have been allowed in this case.

9. During the course of representation of the Trustee, Applicant, through members of his firm, has expended a grand total of 16.10 hours with a reasonable value of $3,719, plus reasonable expenses of $17.34 for a total final application applied for of $3,736.34. Said legal services performed are detailed and separated by task or proceeding on the attached Exhibit "A" and are incorporated herein by reference.

10. The amount set out herein is fair and reasonable for the services performed, is commensurate with fees charged in the community for similar services performed by persons of similar experience in this area and practice of law, and represents reasonable

       compensation of the actual, necessary services rendered by the Applicant, based on the time, the nature, the extent and the value of such services and the cost of comparable services other than a case under this Title. A narrative of the services performed: The applicant assisted the bankruptcy trustee in researching the limitations under 11 U.S.C. § 522(p)(1) of debtors' homestead exemption claim and then drafted and filed an objection to the debtors' homestead exemption claim. This firm also conducted research on whether an objection to a proof of claim by a partially secured creditor was warranted. This firm prepared all necessary legal documents to accomplish the above. The estate recovered $26,544 of the proceeds as a result of the applicant's efforts.

11.     All services for which compensation is herein requested were performed or expended for and on behalf of the Trustee and not on behalf of any other committee, creditor, or other person other than as set forth above. The Trustee has been given the opportunity to review this Application and has approved the requested amounts.

12.     Applicant has no agreement or understanding with any person for the sharing of compensation received or to be received for services rendered in connection with this proceeding.

       **Wherefore**, Applicant requests allowance of his final attorney's fees in the amount of $3,719, plus expenses of $17.34 for a total final application of $3,736.34.

                                                       **Kaler Doeling PLLP.**

Dated: November 14, 2025               /s/ Gene W. Doeling
                                                        Gene W. Doeling
                                                        Attorney for Bankruptcy Trustee
                                                         PO Box 9231
                                                         Fargo, ND 58106
                                                         I.D. No.: 05078
                                                         (701) 232-8757

       I, Gene W. Doeling, the moving party named in the foregoing Application for Allowance of Final Compensation to Attorney for the Trustee, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: November 14, 2025           /s/ Gene W. Doeling
                                                        Gene W. Doeling, Trustee

KD Law, PLLP
Attorneys at Law
P.O. Box 9231
Fargo, ND 58106-9231

(701) 232-8757

Invoice submitted to:
Marcus and Kathryn Hanson Bky.

September 5, 2025

In Reference To:   Attorney for Gene W. Doeling as Bankruptcy Trustee - Bky. No. 24-30287

Invoice #47515

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/15/2024 | GWD | research 522 homestead exemption issues | 0.80 | 256.00 |
| 8/20/2024 | GWD | draft objection to exemptions in homestead, cash and bank accounts | 0.60 | 192.00 |
| 8/23/2024 | GWD | review file objections/pc to atty Verstanding/msg | 0.20 | 64.00 |
| 8/23/2024 | GWD | review financial records, preference analysis | 0.70 | 224.00 |
| 9/4/2024 | GWD | Review of Hanson response to objection to exemptions, corr to T Kuznia | 0.30 | 96.00 |
| 9/4/2024 | TK | Began drafting Memorandum of Law in Support of Objection to Debtors' Claim of Exemptions. | 2.40 | 360.00 |
| 9/5/2024 | TK | Research on joint debtor exemptions and drafted memorandum of law in support of objection to debtors' claim of exemptions. | 2.00 | 300.00 |
| 9/6/2024 | TK | Research on "electing" under U.S.C. 522. | 1.30 | 195.00 |
| 9/12/2024 | TK | Drafted Memorandum of Law in Support of Objection. | 1.60 | 240.00 |
| 10/5/2024 | GWD | Research case law on 522 opt out issues, instructions to Taylor for modifications to memorandum | 0.90 | 288.00 |
| 10/7/2024 | TK | Research on 11 USC 522 and opt out states. Revised Brief in Support of Objection. | 1.00 | 240.00 |
| 10/7/2024 | GWD | Review and revise memorandum, conf with Taylor, discuss 522(m) and p | 0.50 | 160.00 |
| 10/8/2024 | GWD | make final changes to memorandum, review exhibits | 0.20 | 64.00 |
| 10/9/2024 | GWD | review file/pleadings | 0.30 | 96.00 |
| 10/9/2024 | GWD | pc with atty Verstanding/discuss settlement of objection to exemptions | 0.30 | 96.00 |
| 10/10/2024 | GWD | review corr from court about resetting hearing on objection to exemptions/draft response | 0.10 | 32.00 |
| 10/28/2024 | GWD | Draft motion to approve settlement agreement | 0.10 | 32.00 |
| 4/7/2025 | AB | Research Proof of Claim validity in light of secured collateral owned by debtor's corporation. | 0.70 | 196.00 |

**EXHIBIT A**

Marcus and Kathryn Hanson Bky.  Page    2

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 4/8/2025 | AB | Expand research into amount of creditor's proof of claim in light of secured interest in assets of debtor's corporation. | | 1.50 | 420.00 |
| 4/9/2025 | AB | Prepare memo to file regarding Border's Proof of Claim in light of security interest in property held by debtor's soley-owned corporation. | | 0.60 | 168.00 |
| | | For professional services rendered | | 16.10 | $3,719.00 |

Additional Charges :

| 8/27/2025 | 83 copies and 1 postage | | 17.34 |
|---|---|---|---|
| | Total costs | | $17.34 |
| | Total amount of this bill | | $3,736.34 |
| | Balance due | | $3,736.34 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Asa Burck/Attorney | 2.80 | 280.00 | $784.00 |
| Gene W. Doeling/Attorney | 5.00 | 320.00 | $1,600.00 |
| Taylor Kuznia | 8.30 | 160.84 | $1,335.00 |