UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re: ) Bankruptcy No. 24-30287
)
Marcus Wayne Hanson, ) **Application for Final Compensation**
and )
Kathryn Brooke Hanson )
)
Debtor(s) )

    The Accountant for the trustee hereby applies for final compensation on this bankruptcy case and in support thereof states and alleges:

    1.    I have been duly authorized by the Court to represent the Trustee by Order of April 16, 2025.

    2.    The debtor filed a Chapter 7 bankruptcy petition and relief was granted to the Debtor on July 8, 2024.

    3.    Attached as Exhibit A is full and complete itemization of the time I have spent on this bankruptcy case and all expenses incurred.

    4.    As and for final compensation for the Trustee's Accountant your applicant respectfully prays that he be granted final compensation in the amount of the total Accountant's fees incurred which amounts to $1,845.00 and all expenses incurred which amount to $50.02. for a total final compensation now applied for of $1,895.02

    5.    The Accountant's fees and expenses incurred were necessary and reasonable for administration of this case. Your applicant has assisted the trustee in preparing income tax returns for Federal and North Dakota for the short year 07/08/2024 - 05/31/2025. Time to prepare 2025 1099's.

THEREFORE, your applicant respectfully prays that he be granted final compensation in the amount of $1,845.00 plus expenses incurred in the amount of $50.02, for a total of $1,895.02. Your applicant further prays that this amount be paid as a cost of administration in these chapter 7 proceedings and that the Trustee be given permission to pay this amount at this time. Your applicant further prays that the Court grant such other and further relief as it deems fair and just.

Dated this 5 day of June 2025.

*Scott W. Wentz*
Scott W. Wentz
Accountant for Trustee
5195 45th St. South
Fargo, ND 58104
Telephone No. (701) 277-3111

Exhibit A
Haga Kommer
Marcus Wayne Hanson
Kathryn Brooke Hanson
Bankruptcy Case No. 24-30287
April 16, 2025 – June 4, 2025

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 04-16-25 | Review of case information to determine tax filing requirements. | 0.8 |
| 05-27-25 | Began preparing tax returns. (two tax returns were prepared) | 1.2 |
| 05-28-25 | Continued tax return preparation. | 1.75 |
| 05-29-25 | Continued tax return preparation. | 0.9 |
| 06-02-25 | Review & Finalize tax returns | 0.5 |
| 06-03-25 | Finalized tax returns. | 0.7 |
| 06-04-25 | Finalized tax return for mailing / filing. | 0.3 |

Total Hours: 6.15

6.15 hours x $300 Per Hour        $1,845.00

Expenses:
  Photo Copies (106 X .40)   $42.40
  Postage                     7.62

Total Expenses:   $50.02

Grand Total:   $1,895.02