**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: MARCUS WAYNE HANSON | § | Case No. 24-30287 |
| KATHRYN BROOKE HANSON | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gene W. Doeling, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
655 1st Ave. N, Ste. 210
Fargo, ND 58102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/16/2025                              By : /s/ Gene W. Doeling
                                                              Bankruptcy Trustee

Gene W. Doeling
3429 Interstate Blvd. S.
Fargo, ND 58103
(701) 232-8757

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re: MARCUS WAYNE HANSON § Case No. 24-30287
KATHRYN BROOKE HANSON §
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of: | $ 40,470.23 |
| and approved disbursements of: | $ 647.42 |
| leaving a balance on hand of[1]: | $ 39,822.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 16S | Border Bank | 479,000.00 | 479,000.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 39,822.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Gene W. Doeling | 4,797.02 | 0.00 | 4,797.02 |
| Trustee, Expenses - Gene W. Doeling | 546.28 | 0.00 | 546.28 |
| Attorney for Trustee Fees - KALER DOELING, PLLP | 3,719.00 | 0.00 | 3,719.00 |
| Attorney for Trustee, Expenses - KALER DOELING, PLLP | 17.34 | 0.00 | 17.34 |
| Bond Payments - International Sureties, Ltd. | 57.96 | 57.96 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Haga Kommer | 1,845.00 | 0.00 | 1,845.00 |
| Other Professional's Expenses - Haga Kommer | 50.02 | 0.00 | 50.02 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 10,974.66 |
| Remaining balance: | $ 28,848.15 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 28,848.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,833.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Internal Revenue Service | 6,242.13 | 0.00 | 6,242.13 |
| 19P | Minnesota Revenue | 1,590.91 | 0.00 | 1,590.91 |

Total to be paid for priority claims: $ 7,833.04
Remaining balance: $ 21,015.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,204,382.08 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CenturyTel Service Group, LLC dba CenturyLink | 66.87 | 0.00 | 0.64 |
| 2 | American Express National Bank, AENB | 109,832.44 | 0.00 | 1,047.07 |
| 3 | Peterson Lumber of Thief River Falls Inc | 25,110.90 | 0.00 | 239.39 |
| 4 | Bank of North Dakota | 28,340.62 | 0.00 | 270.18 |
| 5 | Sws Credit Services In | 225.23 | 0.00 | 2.15 |
| 6 | Sws Credit Services In | 7,518.05 | 0.00 | 71.67 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Sws Credit Services In | 4,419.74 | 0.00 | 42.13 |
| 8 | Capital One N.A. | 2,474.58 | 0.00 | 23.59 |
| 9 | Discover Bank | 19.54 | 0.00 | 0.19 |
| 10 | HANMI BANK | 61,015.01 | 0.00 | 581.68 |
| 12 | Veridian Credit Union | 6,276.60 | 0.00 | 59.84 |
| 13 | Paint and Glass Interiors, Inc. | 24,398.86 | 0.00 | 232.60 |
| 14 | Verizon | 75.68 | 0.00 | 0.72 |
| 15 | Lee Plumbing | 20,438.94 | 0.00 | 194.85 |
| 16U | Border Bank | 131,269.77 | 0.00 | 1,251.44 |
| 17 | Border Bank | 1,320,731.59 | 0.00 | 12,590.97 |
| 18 | Atlantic Specialty Insurance Company | 462,167.66 | 0.00 | 4,406.00 |

Total to be paid for timely general unsecured claims: $ 21,015.11
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $388,064.36 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | U.S. Small Business Administration | 388,064.36 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| None |
|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:   $         0.00
Remaining balance:   $         0.00

By : /s/ Gene W. Doeling
           Bankruptcy Trustee

Gene W. Doeling
3429 Interstate Blvd. S.
Fargo, ND 58103
(701) 232-8757

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON

CASE NO: 24-30287

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 12/16/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2025

/s/ Gene W. Doeling
Gene W. Doeling  05078
Chapter 7 Panel Trustee
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103
701-232-8757
heather@kdlawpartners.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:
MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON

CASE NO: 24-30287

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 12/16/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30287<br>DISTRICT OF NORTH DAKOTA<br>TUE DEC 16 9-3-23 PST 2025 | ALLY BANK CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | AMERICAN EXPRESS NATIONAL BANK<br>CO ZWICKER  ASSOCIATES  PC<br>PO BOX 9043<br>ANDOVER  MA 01810-0943 |
| EXCLUDE<br>(U)BORDER BANK | EXCLUDE<br>(U)FIFTH THIRD BANK  NA | EXCLUDE<br>UNITED STATES TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |
| EXCLUDE<br>US BANKRUPTCY COURT<br>655 1ST AVENUE NORTH  SUITE 210<br>FARGO  ND 58102-4932 | ABST LAW<br>PO BOX 10247<br>FARGO ND 58106-0247 | ACE HARDWARE<br>PO BOX 577<br>THIEF RIVER FALLS  MN 56701-0577 |
| ACE RENTAL<br>118 MAIN AVE N<br>THIEF RIVER FALLS  MN 56701-1902 | (P)AFFINITY PLUS FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>175 W LAFAYETTE FRONTAGE ROAD<br>SAINT PAUL MN 55107-1420 | EXCLUDE<br>(D)(P)AFFINITY PLUS FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>175 W LAFAYETTE FRONTAGE ROAD<br>SAINT PAUL MN 55107-1420 |
| ALLY BANK<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ALLY FINANCIAL  INC<br>ATTN BANKRUPTCY<br>500 WOODWARD AVE<br>DETROIT  MI 48226-3416 | ALLY FINANCIAL  INC<br>PO BOX 380901<br>BLOOMINGTON  MN 55438-0901 |
| AMERICAN EXPRESS NATIONAL BANK  AENB<br>CO KATIE E HANKARD<br>ZWICKER AND ASSOCIATES  PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER  MA 01810-0943 | AMERICAN EXPRESS NATIONAL BANK  AENB<br>CO ZWICKER AND ASSOCIATES  PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER  MA 01810-0943 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO  TX 79998-1540 |
| AMEX<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | ANDREW A GREEN<br>HALPERN COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS  MN 55120-1363 | ATLANTIC SPECIALTY INSURANCE COMPANY<br>605 HIGHWAY 169 NORTH SUITE 800<br>MINNEAPOLIS  MN 55441-6533 |
| ATLANTIC SPECIALTY INSURANCE COMPANY<br>CO GREGERSON  ROSOW  JOHNSON  NILAN  L<br>100 WASHINGTON AVENUE SOUTH SUITE 1550<br>MINNEAPOLIS  MN 55401-2154 | BANK OF NORTH DAKOTA<br>ATTN BANKRUPTCY<br>PO BOX 5509<br>BISMARCK  ND 58506-5509 | BANK OF NORTH DAKOTA<br>PO BOX 5509<br>BISMARCK  ND 58506-5509 |
| BENJAMIN M SCHEEL<br>100 WASHINGTON AVE SOUTH<br>SUITE 1550<br>MINNEAPOLIS  MN 55401-2154 | BILL ME LATER<br>2211 N 1ST ST<br>ELOY  AZ 85131 | BLUE CROSS BLUE SHIELD<br>PO BOX 64560<br>SAINT PAUL  MN 55164-0560 |

```
BORDER BANK                                BORDER BANK                                       BORDER BANK
9950 FOLEY BLVD NW                         PO BOX 280                                        PO BOX 69
COON RAPIDS   MN 55433-5203                GREENBUSH  MN 56726-0280                          BADGER  MN 56714-0069



BRADY MARTZ                                BREDESON OFFICE SUPPLY                            BRODIN COMFORT SYSTEM
100 3RD ST E                               215 MAIN AVE N                                    1902 HWY 32 S
THIEF RIVER FALLS  MN 56701-2006           THIEF RIVER FALLS   MN 56701-1903                 THIEF RIVER FALLS   MN 56701-4511



BRODIN COMFORT SYSTEMS                     BROWN JOSEPH                                      CAINE  WEINER
PO BOX 270                                 ONE PIERCE PLACE SUITE 700 W                      338 HARRIS HILL RD STE 206
GRAFTON   ND 58237-0270                    ITASCA   IL 60143-1218                            BUFFALO   NY 14221-7470



CAPITAL ONE                                CAPITAL ONE                                       CAPITAL ONE
ATTN BANKRUPTCY                            PO BOX 31293                                      PO BOX 71746
PO BOX 30285                               SALT LAKE CITY   UT 84131-0293                    PHILADELPHIA  PA 19176-1746
SALT LAKE CITY   UT 84130-0285



CAPITAL ONE AUTO FINANCE                   CAPITAL ONE AUTO FINANCE                          CAPITAL ONE NA
ATTN BANKRUPTCY                            CREDIT                                            BY AIS INFOSOURCE LP AS AGENT
7933 PRESTON RD                            BUREAU DISPUTE                                    PO BOX 71083
PLANO   TX 75024-2302                      PLANO   TX 75025                                  CHARLOTTE   NC  28272-1083



CENTURY LINK                               (P)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLINK   CHRIS MANNING
PO BOX 2961                                931 14TH STREET 9TH FLOOR                         1211 ARNOLD AVE
PHOENIX   AZ 85062-2961                    DENVER CO 80202-2994                              THIEF RIVER FALLS   MN 56701-1119


                                                                                             UNDELIVERABLE
CITY OF THIEF RIVER FALLS                  (P)COLLEGE AVE STUDENT LOANS                      COLLEGE AVE STUDENT LOANS
PO BOX 528                                 233 N KING STREET                                 CAROL STREAM  IL 60197
THIEF RIVER FALLS   MN 56701-0528          SUITE 400
                                           WILMINGTON DE 19801-2545



CONSTRUCTION SUPPLY                        CREDIT SERVICE INTERNATIONAL                      DAKOTA FIRE
2410 5TH AVE N                             630 S GREEN BAY RD STE 3                          PO BOX 5327
FARGO   ND 58102-4022                      NEENAH   WI 54956-3190                            GRAND FORKS   ND 58206-5327



DISCOVER BANK                              DISCOVER FINANCIAL                                DISCOVER FINANCIAL
PO BOX 3025                                ATTN BANKRUPTCY                                   PO BOX 30939
NEW ALBANY   OH 43054-3025                 PO BOX 3025                                       SALT LAKE CITY   UT 84130-0939
                                           NEW ALBANY   OH 43054-3025
```

| | | |
|---|---|---|
| FALLS ELECTRIC<br>720 DAWN AVE<br>THIEF RIVER FALLS  MN 56701-1049 | FIFTH THIRD BANK<br>5050 KINGSLEY DR<br>CINCINNATI  OH 45227-1115 | FIFTH THIRD BANK<br>ATTN BANKRUPTCY MAILDROP RCS83E<br>1830 E PARIS AVE SE<br>GRAND RAPIDS  MI 49546-8803 |
| | EXCLUDE | |
| (P)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1637 | (D)(P)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1637 | GARDEN VALLEY<br>PO BOX 259<br>ERSKINE  MN 56535-0259 |
| GM FINANCIAL<br>801 CHERRY ST<br>STE 3600<br>FORT WORTH  TX 76102-6855 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON  TX 76096-1145 | GREAT AMERICAN FINANCIAL<br>PO BOX 660831<br>DALLAS  TX 75266-0831 |
| GREENBURG GRANT RICHARDS<br>5858 WESTHEIMER STE 500<br>HOUSTON  TX 77057-5645 | HANMI BANK<br>CO HEMAR ROUSSO HEALD LLP<br>ATTN SANDRA I TIBERI<br>15910 VENTURA BLVD 12TH FLOOR<br>ENCINO  CA 91436-2813 | HANMI BANK<br>15910 VENTURA BLVD<br>ENCINO  CA 91436-2802 |
| HANSON CONSTRUCTION OF THIEF RIVER FALLS<br>16210 150TH ST NE<br>THIEF RIVER FALLS  MN 56701-8473 | HARBOTT KNUTSON LARSON<br>PO BOX 457<br>BIG SKY  MT 59716-0457 | HUBERTS OUTDOOR POWER<br>17269 US HWY 59 NE<br>THIEF RIVER FALLS  MN 56701-8545 |
| IC SYSTEMS<br>PO BOX 64378<br>SAINT PAUL  MN 55164-0378 | IDEAL CREDIT UNION<br>8499 TAMARACK RD<br>WOODBURY  MN 55125-9201 | INTERNAL AUDITING SERVICE<br>PO BOX 132<br>LAKE PARK  MN 56554-0132 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JOHN D SCHROEDER<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD  STE 200<br>GRAND FORKS  ND 58201-6062 | KENNELLY<br>1213 NP AVE SUITE 301<br>FARGO  ND 58102-4798 |
| | UNDELIVERABLE | |
| KNOX RE INC<br>16210 150TH ST NE<br>THIEF RIVER FALLS  MN 56701-8473 | LM SUPPLY<br>PO BOX 557440280 | LEE PLUMBING<br>1430 MAIN AVE N<br>THIEF RIVER FALLS  MN 56701-1142 |
| LESS SANITATION<br>PO BOX 757<br>THIEF RIVER FALLS  MN 56701-0757 | LINCOLN AUTOMOTIVE FINANCE<br>ATTN BANKRUTCY<br>PO BOX 542000<br>OMAHA  NE 68154-8000 | LINCOLN AUTOMOTIVE FINANCE<br>PO BOX 542000<br>OMAHA  NE 68154-8000 |

| | | |
|---|---|---|
| MN ENERGY<br>PO BOX 6040<br>CAROL STREAM  IL 60197-6040 | MARSHALL CTY TREASURER<br>208 EAST COLVIN AVE STE 12<br>WARREN  MN 56762-1692 | EXCLUDE<br>(U)MID AMERICA STEEL INC |
| MINNESOTA DEPARTMENT OF REVENUE<br>PO BOX 64649<br>SAINT PAUL  MN 55164-0649 | MINNESOTA REVENUE<br>PO BOX 64447  BKY<br>ST PAUL  MN 55164-0447 | MINNESOTA UNEMPLOYMENT INS<br>PO BOX 4629<br>SAINT PAUL  MN 55101-4629 |
| NORTHDALE OIL<br>3000 HEARTLAND DR<br>GRAND FORKS  ND 58201-3310 | OTIS ELEVATOR CO<br>PO BOX 73579<br>CHICAGO  IL 60673-7579 | PAINT AND GLASS INTERIORS  INC<br>324 HORACE AVE N<br>THIEF RIVER FALLS  MN 56701-2027 |
| PENNINGTON CTY TREASURER<br>PO BOX 616<br>THIEF RIVER FALLS  MN 56701-0616 | PETERSON LUMBER<br>PO BOX 678<br>THIEF RIVER FALLS  MN 56701-0678 | PETERSON LUMBER OF THIEF RIVER FALLS INC<br>HALPERN COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS  MN 55120-1363 |
| PREMIUM WATERS<br>PO BOX 9128<br>MINNEAPOLIS  MN 55480-9128 | RCB COLLECTIONS<br>PO BOX 706<br>HIBBING  MN 55746-0706 | RAUSCH MILLIKEN<br>PO BOX 8390<br>METAIRIE  LA 70011-8390 |
| RED LAKE ELECTRIC<br>PO BOX 430<br>RED LAKE FALLS  MN 56750-0430 | RYAN W AMES<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD  STE 200<br>GRAND FORKS  ND 58201-6062 | SANTANDER CONSUMER USA  INC<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH  TX 76161-0244 |
| SANTANDER CONSUMER USA  INC<br>PO BOX 961211<br>FORT WORTH  TX 76161-0211 | STONE SAUNDERS<br>1391 W 5TH AVE STE 226<br>COLUMBUS  OH 43212-2902 | SWS CREDIT SERVICES IN<br>PO BOX 270<br>GRAFTON  ND 58237-0270 |
| SYNCBPAYPAL<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCBPAYPAL<br>PO BOX 71727<br>PHILADELPHIA  PA 19176-1727 | SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| SYNCHRONY BANKJCPENNEY<br>PO BOX 71729<br>PHILADELPHIA  PA 19176-1729 | TD AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS  MI 48333-9223 | TD AUTO FINANCE<br>PO BOX 9223<br>FARMINGTON  MI 48333-9223 |

```
                                    UNDELIVERABLE
TD RETAIL CARDCUB CADET             TD RETAIL CARDCUB CADET             THE STARK AGENCY
ATTN BANKRUPTCY                     COLUMBIA   SC 29202                 ATTN BANKRUPTCY
PO BOX 100114                                                           PO BOX 45710
COLUMBIA   SC 29202-3114                                                MADISON  WI 53744-5710



THE STARK COLLECTION A              THIEF RIVER FORD                    US SMALL BUSINESS ADMINISTRATION
402 GAMMON PL                       802 3RD ST W                        2 NORTH STREET SUITE 320
STE 240                             THIEF RIVER FALLS   MN 56701-1803   BIRMINGHAM  AL 35203
MADISON  WI 53719-1074



US SMALL BUSINESS ADMINISTRATION    UNITED EMPLOYEES CU                 VELDE MOORE
JOHN W BAKER   DISTRICT COUNSEL     430 BRIDGE AVE                      1118 BROADWAY
721 19TH STREET                     ALBERT LEA  MN 56007-2953           ALEXANDRIA  MN 56308-2530
SUITE 426
DENVER  CO 80202-2517



VERIDIAN                            VERIDIAN CREDIT UNION               VERIDIAN CREDIT UNION
1827 ANSBOROUGH AVE                 1827 ANSBOROUGH AVE                 402 GAMMON PL
WATERLOO   IA 50701-3629            WATERLOO   IA 50701-3629            STE 240
                                                                        MADISON  WI 53719-1074



(P)VERIDIAN CREDIT UNION            VERIZON                             WAGONER FALCON
P O BOX 6000                        BY AMERICAN INFOSOURCE AS AGENT     100 S 5TH ST 800
WATERLOO IA 50704-6000              PO BOX 4457                         MINNEAPOLIS  MN 55402-5357
                                    HOUSTON  TX  77210-4457



WELLS FARGO DEALER SERVICES         WELLS FARGO DEALER SERVICES         WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY                     PO BOX 71092                        ATTN BANKRUPTCY DEPT
1100 CORPORATE CENTER DR            CHARLOTTE  NC 28272-1092            PO BOX 10335
RALEIGH  NC 27607-5066                                                  DES MOINES  IA 50306-0335



WELLS FARGO HOME MORTGAGE           WIDSETH                             ZWICKER  ASSOCIATES  PC
PO BOX 10335                        216 S MAIN ST                       80 MINUTEMAN RD
DES MOINES  IA 50306-0335           CROOKSTON  MN 56716-1939            ANDOVER  MA 01810-1008




                                    EXCLUDE

DARREL D HORAB                      GENE W DOELING                      JOHN W BAKER  ATTY US SMALL BUSINESS ADMI
HAGA KOMMER  LTD                    BANKRUPTCY TRUSTEE                  721 19TH STREET
5195 45TH ST S                      3429 INTERSTATE BLVD S              SUITE 426
FARGO  ND 58104-3339                PO BOX 9231                         DENVER  CO 80202-2517
                                    FARGO  ND 58106-9231



                                    DEBTOR                              EXCLUDE

KATHRYN BROOKE HANSON               MARCUS WAYNE HANSON                 MAURICE VERSTANDIG
10160 CONCORD DRIVE                 10160 CONCORD DRIVE                 THE DAKOTA BANKRUPTCY FIRM
WEST FARGO  ND 58078                WEST FARGO  ND 58078                1630 1ST AVENUE N
                                                                        SUITE B PMB 24
                                                                        FARGO  ND 58102-4246
```

```
SCOTT W WENTZ
HAGA KOMMER  LTD
5195 45TH ST S
FARGO  ND 58104-3339
```