UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In RE:

HANSON, MARCUS WAYNE                             Case No. 24-30287
HANSON, KATHRYN BROOKE                           Chapter 7

        Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:
:     Unclaimed Dividends
X:    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CenturyTel Service Group, LLC dba CenturyLink<br>220 N 5th ST<br>Bismarck, ND 58501 | 1 | 66.87 | 0.64 |
| Sws Credit Services In<br>PO Box 270<br>Grafton, ND 58237-0270 | 5 | 225.23 | 2.15 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | 9 | 19.54 | 0.19 |
| Verizon<br>PO Box 4457<br>Houston, TX 77210-4457 | 14 | 75.68 | 0.72 |

Date:   January 21, 2026

                                            /s/ Gene W. Doeling
                                            Gene W. Doeling, Trustee