**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| HANSON, MARCUS WAYNE | ) | CASE NO.:  24-30287 HS |
| HANSON, KATHRYN BROOKE | ) | |
| | ) | **TRUSTEE'S REPORT OF RETURNED** |
| Debtor(s) | ) | **FUNDS AND/OR NEW ESTATE FUNDS** |
| | ) | **AND SUPPLEMENTAL DISTRIBUTION** |

The undersigned trustee of the estate of the Debtor(s) named above hereby reports:

1.  The creditor(s) listed below have returned all or a portion of the distribution they received pursuant to the Trustee's Final Report and Proposed Distribution.

| Claim No. | Claimant | Amount Returned |
|---|---|---|
| 19 | Minnesota Revenue | $          1,590.91 |

2.  The trustee has received additional funds not previously reported in the amount of $  N/A  and the source was  N/A  No further compensation and expenses are requested.

3.  The returned funds and/or new funds should be distributed in accordance with 11 U.S.C. §726 as shown below, or per the exhibit attached hereto.

| Claim No. | Claimant | Claim Amount | Previously Paid | Supplemental Dividend |
|---|---|---|---|---|
| 1 | CenturyTel Service Group | $ 66.87 | $ 0.64 | $ 0.05 |
| 2 | American Express National Bank | $ 109,832.44 | $ 1,047.07 | $ 79.27 |
| 3 | Peterson Lumber of Thief River Falls | $ 25,110.90 | $ 239.39 | $ 18.12 |
| 4 | Bank of North Dakota | $ 28,340.62 | $ 270.18 | $ 20.45 |
| 5 | Sws Credit Services Inc. | $ 225.23 | $ 2.15 | $ 0.16 |
| 6 | Sws Credit Services Inc. | $ 7,518.05 | $ 71.67 | $ 5.43 |
| 7 | Sws Credit Services Inc. | $ 4,419.74 | $ 42.13 | $ 3.19 |
| 8 | Capital One. N.A. | $ 2,474.58 | $ 23.59 | $ 1.79 |
| 9 | Discover Bank | $ 19.54 | $ 0.19 | $ 0.01 |
| 10 | HANMI BANK | $ 61,015.01 | $ 581.68 | $ 44.03 |
| 12 | Veridian Credit Union | $ 6,276.60 | $ 59.84 | $ 4.53 |
| 13 | Paint and Glass Interiors, Inc. | $ 24,398.86 | $ 232.60 | $ 17.61 |
| 14 | Verizon | $ 75.68 | $ 0.72 | $ 0.06 |
| 15 | Lee Plumbing | $ 20,438.94 | $ 194.85 | $ 14.75 |
| 16 | Border Bank | $ 131,269.77 | $ 1,251.44 | $ 94.74 |
| 17 | Border Bank | $ 1,320,731.59 | $ 12,590.97 | $ 953.18 |
| 18 | Atlantic Specialty Insurance Co. | $ 462,167.66 | $ 4,406.00 | $ 333.54 |

Dated:  July 20, 2026

/s/ Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee
3429 Interstate Blvd. S.
Fargo ND  58103
(701) 232-8757