**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In RE:

HANSON, MARCUS WAYNE                    Case No. 24-30287
HANSON, KATHRYN BROOKE                   Chapter 7

              Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS**
**THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:
:       Unclaimed Dividends
X:     Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CenturyTel Service Group, LLC dba CenturyLink 220 N 5th ST Bismarck, ND 58501 | 1 | 66.87 | 0.05 |
| Sws Credit Services In PO Box 270 Grafton, ND 58237-0270 | 5 | 225.23 | 0.16 |
| Sws Credit Services In PO Box 270 Grafton, ND 58237-0270 | 7 | 4,419.74 | 3.19 |
| Capital One N.A. PO Box 71083 Charlotte, NC 28272-1083 | 8 | 2,474.58 | 1.79 |
| Discover Bank P.O. Box 3025 New Albany, OH 43054-3025 | 9 | 19.54 | 0.01 |
| Veridian Credit Union Attn: Bankruptcy PO Box 6000 Waterloo, IA 50704-6000 | 12 | 6,276.60 | 4.53 |
| Verizon PO Box 4457 Houston, TX 77210-4457 | 14 | 75.68 | 0.06 |

Date:   August 4, 2026

/s/ Gene W. Doeling
Gene W. Doeling, Trustee