**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: MARCUS WAYNE HANSON | § | Case No. 24-30287 |
| KATHRYN BROOKE HANSON | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Gene W. Doeling, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $795,936.25 | Assets Exempt: | $484,322.76 |
| Total Distributions to Claimants: | $28,848.15 | Claims Discharged Without Payment: | $3,046,282.67 |
| Total Expenses of Administration: | $11,622.08 | | |

3) Total gross receipts of $40,470.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $40,470.23 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $100,192.00 | $479,000.00 | $479,000.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,564.12 | $11,622.08 | $11,622.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $7,833.04 | $7,833.04 | $6,242.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,953,926.35 | $2,592,456.23 | $2,592,456.23 | $22,606.02 |
| **TOTAL DISBURSEMENTS** | $2,054,118.35 | $3,090,853.39 | $3,090,911.35 | $40,470.23 |

4) This case was originally filed under chapter 7 on 07/08/2024. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2026

By: /s/ Gene W. Doeling
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 10160 Concord Drive, Horace, ND 58047, Cass County | 1110-000 | $26,544.00 |
| Cash | 1129-000 | $2,000.00 |
| Checking: Bell Bank (Acct 1594) | 1129-000 | $210.48 |
| Bell Bank Acct 2642 | 1229-000 | $548.51 |
| Levied Funds by Atlanta Specialty Insurance Company | 1241-000 | $11,167.24 |
| **TOTAL GROSS RECEIPTS** | | **$40,470.23** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16S | Border Bank | 4110-000 | $74,356.00 | $479,000.00 | $479,000.00 | $0.00 |
| N/F | Santander Consumer USA, Inc | 4110-000 | $25,836.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$100,192.00** | **$479,000.00** | **$479,000.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Gene W. Doeling | 2100-000 | NA | $4,797.02 | $4,797.02 | $4,797.02 |
| Trustee, Expenses - Gene W. Doeling | 2200-000 | NA | $546.28 | $546.28 | $546.28 |
| Attorney for Trustee Fees - KALER DOELING, PLLP | 3110-000 | NA | $3,719.00 | $3,719.00 | $3,719.00 |
| Attorney for Trustee, Expenses - KALER DOELING, PLLP | 3120-000 | NA | $17.34 | $17.34 | $17.34 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $57.96 | $57.96 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $589.46 | $589.46 | $589.46 |
| Accountant for Trustee Fees (Other Firm) - Haga Kommer | 3410-000 | NA | $1,845.00 | $1,845.00 | $1,845.00 |
| Other Professional's Expenses - Haga Kommer | 3992-000 | NA | $50.02 | $50.02 | $50.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$11,564.12** | **$11,622.08** | **$11,622.08** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Internal Revenue Service | 5800-000 | NA | $6,242.13 | $6,242.13 | $6,242.13 |
| 19P | Minnesota Revenue | 5800-000 | $0.00 | $1,590.91 | $1,590.91 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$7,833.04** | **$7,833.04** | **$6,242.13** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK OF THE BANKRUPTCY COURT | 7100-000 | NA | $9.79 | $9.79 | $9.79 |
| 1 | CenturyTel Service Group, LLC dba CenturyLink | 7100-000 | $182.76 | $66.87 | $66.87 | $0.64 |
| 2 | American Express National Bank, AENB | 7100-000 | $109,832.00 | $109,832.44 | $109,832.44 | $1,126.34 |
| 3 | Peterson Lumber of Thief River Falls Inc | 7100-000 | $24,461.82 | $25,110.90 | $25,110.90 | $257.51 |
| 4 | Bank of North Dakota | 7100-000 | $31,374.00 | $28,340.62 | $28,340.62 | $290.63 |
| 5 | Sws Credit Services In | 7100-000 | $225.00 | $225.23 | $225.23 | $2.15 |
| 6 | Sws Credit Services In | 7100-000 | $7,528.05 | $7,518.05 | $7,518.05 | $77.10 |
| 7 | Sws Credit Services In | 7100-000 | $4,337.04 | $4,419.74 | $4,419.74 | $42.13 |
| 8 | Capital One N.A. | 7100-000 | $2,474.00 | $2,474.58 | $2,474.58 | $23.59 |
| 9 | Discover Bank | 7100-000 | $338.00 | $19.54 | $19.54 | $0.19 |
| 10 | HANMI BANK | 7100-000 | $58,560.29 | $61,015.01 | $61,015.01 | $625.71 |
| 12 | Veridian Credit Union | 7100-000 | $7,777.77 | $6,276.60 | $6,276.60 | $59.84 |
| 13 | Paint and Glass Interiors, Inc. | 7100-000 | $30,000.00 | $24,398.86 | $24,398.86 | $250.21 |
| 14 | Verizon | 7100-000 | NA | $75.68 | $75.68 | $0.72 |
| 15 | Lee Plumbing | 7100-000 | $455.00 | $20,438.94 | $20,438.94 | $209.60 |
| 16U | Border Bank | 7100-000 | $376,893.61 | $131,269.77 | $131,269.77 | $1,346.18 |
| 17 | Border Bank | 7100-000 | NA | $1,320,731.59 | $1,320,731.59 | $13,544.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Atlantic Specialty Insurance Company | 7100-000 | $434,990.25 | $462,167.66 | $462,167.66 | $4,739.54 |
| 20 | U.S. Small Business Administration | 7200-000 | $388,064.30 | $388,064.36 | $388,064.36 | $0.00 |
| N/F | ABST Law | 7100-000 | $3,206.25 | NA | NA | NA |
| N/F | Ace Hardware | 7100-000 | $171.06 | NA | NA | NA |
| N/F | Ace Rental | 7100-000 | $3,508.98 | NA | NA | NA |
| N/F | Affinity Plus Federal Credit Union | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ally Financial, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bill Me Later | 7100-000 | $44,754.24 | NA | NA | NA |
| N/F | Blue Cross Blue Shield | 7100-000 | $7,057.68 | NA | NA | NA |
| N/F | Brady Martz | 7100-000 | $32,140.00 | NA | NA | NA |
| N/F | Bredeson Office Supply | 7100-000 | $4,398.20 | NA | NA | NA |
| N/F | Brodin Comfort System | 7100-000 | $21,214.48 | NA | NA | NA |
| N/F | Brodin Comfort System | 7100-000 | $199.23 | NA | NA | NA |
| N/F | Brodin Comfort Systems | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brown Joseph | 7100-000 | $3,183.84 | NA | NA | NA |
| N/F | Caine & Weiner | 7100-000 | $2,828.52 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $4,543.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One Auto Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chris Manning | 7100-000 | $17,000.00 | NA | NA | NA |
| N/F | City of Thief River Falls | 7100-000 | $2,870.73 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | College Ave Student Loans | 7100-000 | $12,743.00 | NA | NA | NA |
| N/F | Construction Supply | 7100-000 | $2,439.96 | NA | NA | NA |
| N/F | Credit Service International | 7100-000 | $2,493.67 | NA | NA | NA |
| N/F | Dakota Fire | 7100-000 | $4,460.46 | NA | NA | NA |
| N/F | Falls Electric | 7100-000 | $1,112.45 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $69,441.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fnb Omaha | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fnb Omaha | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fnb Omaha | 7100-000 | $220.00 | NA | NA | NA |
| N/F | Gm Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Great American Financial | 7100-000 | $16,446.51 | NA | NA | NA |
| N/F | Greenburg Grant Richards | 7100-000 | $766.75 | NA | NA | NA |
| N/F | Harbott Knutson Larson | 7100-000 | $2,649.38 | NA | NA | NA |
| N/F | Huberts Outdoor Power | 7100-000 | $1,269.61 | NA | NA | NA |
| N/F | IC Systems | 7100-000 | $3,325.82 | NA | NA | NA |
| N/F | Ideal Credit Union | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Internal Auditing Service | 7100-000 | $11,368.06 | NA | NA | NA |
| N/F | Internal Revenue Service | 7100-000 | $15,468.78 | NA | NA | NA |
| N/F | Kennelly | 7100-000 | $1,934.21 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | LM Supply | 7100-000 | $3,691.11 | NA | NA | NA |
| N/F | Less Sanitation | 7100-000 | $315.33 | NA | NA | NA |
| N/F | Lincoln Automotive Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MN Energy | 7100-000 | $2,057.57 | NA | NA | NA |
| N/F | Marshall Cty Treasurer | 7100-000 | $295.68 | NA | NA | NA |
| N/F | Mid America Steel Inc. | 7100-000 | $3,271.00 | NA | NA | NA |
| N/F | Minnesota Department of Revenue | 7100-000 | $575.92 | NA | NA | NA |
| N/F | Minnesota Unemployment Ins | 7100-000 | $746.00 | NA | NA | NA |
| N/F | Otis Elevator Co | 7100-000 | $2,170.68 | NA | NA | NA |
| N/F | Pennington Cty Treasurer | 7100-000 | $4,644.49 | NA | NA | NA |
| N/F | Premium Waters | 7100-000 | $342.96 | NA | NA | NA |
| N/F | RCB Collections | 7100-000 | $349.98 | NA | NA | NA |
| N/F | Rausch Milliken | 7100-000 | $1,137.46 | NA | NA | NA |
| N/F | Red Lake Electric | 7100-000 | $230.00 | NA | NA | NA |
| N/F | Stone Saunders | 7100-000 | $1,338.95 | NA | NA | NA |
| N/F | Syncb/Paypal | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Synchrony Bank/Jcpenney | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Td Auto Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Td Retail Card/Cub Cadet | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Thief River Ford | 7100-000 | $349.05 | NA | NA | NA |
| N/F | United Employees Cu | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Velde Moore | 7100-000 | $19,223.00 | NA | NA | NA |
| N/F | Veridian Credit Union | 7100-000 | $7,793.00 | NA | NA | NA |
| N/F | Veridian Credit Union | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wagoner Falcon | 7100-000 | $17,951.00 | NA | NA | NA |
| N/F | Wells Fargo Dealer Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wells Fargo Home Mortgage | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Widseth | 7100-000 | $6,881.07 | NA | NA | NA |
| N/F | Zwicker & Associates, P.C. | 7100-000 | $109,852.34 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,953,926.35** | **$2,592,456.23** | **$2,592,456.23** | **$22,606.02** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 24-30287
**Case Name:** MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON
**For Period Ending:** 10/25/2026

**Trustee Name:** (540081) Gene W. Doeling
**Date Filed (f) or Converted (c):** 07/08/2024 (f)
**§ 341(a) Meeting Date:** 08/16/2024
**Claims Bar Date:** 10/24/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10160 Concord Drive, Horace, ND 58047, Cass County | 479,000.00 | 26,544.00 | | 26,544.00 | FA |
| 2 | 2019 GMC Acadia | 21,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Chevrolet Traverse | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Kitchen dishes and cooking items | 850.00 | 0.00 | | 0.00 | FA |
| 5 | Three beds, two couches, a kitchen table and chairs, three bedroom furniture sets, a desk, a washer/dryer, a refrigerator, a deepfreezer, two grills, lawn furniture; and a walk-behind snow blower | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | Four bicycles | Unknown | 0.00 | | 0.00 | FA |
| 7 | Firearms | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | His and her wedding rings; Earrings | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 10 | Checking: Bell Bank (Acct 1594) | 10.24 | 210.48 | | 210.48 | FA |
| 11 | Checking: Border Bank | 1,337.04 | 0.00 | | 0.00 | FA |
| 12 | Checking: Border Bank Unknown | Unknown | 0.00 | | 0.00 | FA |
| 13 | Checking: Border Bank | 525.48 | 0.00 | | 0.00 | FA |
| 14 | Hanson Construction of Thief River Falls, 100% ownership | 1.00 | 0.00 | OA | 0.00 | FA |
| 15 | Knox Re, Inc., 100% ownership | 667,222.73 | 0.00 | OA | 0.00 | FA |
| 16 | IRA: IRA | 88,000.00 | 0.00 | | 0.00 | FA |
| 17 | Bell Bank Acct 2642 (u) | 0.00 | 548.51 | | 548.51 | FA |
| 18 | Levied Funds by Atlanta Specialty Insurance Company (u) | 0.00 | 11,167.24 | | 11,167.24 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$1,276,946.49** | **$40,470.23** | | **$40,470.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Supplemental distribution done. Once checks clear, do TDR.

**Initial Projected Date Of Final Report (TFR):** 05/30/2025 **Current Projected Date Of Final Report (TFR):** 11/14/2025 (Actual)

# Form 2

**Exhibit 9**



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30287 | **Trustee Name:** | Gene W. Doeling (540081) |
| **Case Name:** | MARCUS WAYNE HANSON<br>KATHRYN BROOKE HANSON | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******1863 Checking |
| **Taxpayer ID #:** | **-***8963 | **Blanket Bond (per case limit):** | $27,281,000.00 |
| **For Period Ending:** | 10/25/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 09/16/24 | {18} | Border Bank | Return of levied funds being held by Border Bank. | 1241-000 | 11,167.24 | | 11,167.24 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.54 | 11,160.70 |
| 10/10/24 | | KATHRYN BROOKE HANSON | Payment for nonexempt cash assets. | | 2,758.99 | | 13,919.69 |
| | {9} | | cash $2,000.00 | 1129-000 | | | |
| | {10} | | bell 1594 $210.48 | 1129-000 | | | |
| | {17} | | bell 2642 $548.51 | 1229-000 | | | |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.70 | 13,896.99 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.73 | 13,876.26 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.39 | 13,851.87 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.93 | 13,828.94 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.68 | 13,808.26 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.39 | 13,786.87 |
| 04/07/25 | {1} | KATHRYN BROOKE HANSON | Payment for nonexempt equity in homestead property. | 1110-000 | 26,544.00 | | 40,330.87 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 56.18 | 40,274.69 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 64.54 | 40,210.15 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.29 | 40,147.86 |
| 07/07/25 | 101 | International Sureties, Ltd. | Bond Number 612418760 | 2300-000 | | 57.96 | 40,089.90 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 70.73 | 40,019.17 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.00 | 39,957.17 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 68.30 | 39,888.87 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 66.06 | 39,822.81 |
| 01/08/26 | 102 | Gene W. Doeling | Combined trustee compensation & expense dividend payments. | | | 5,343.30 | 34,479.51 |
| | | Gene W. Doeling | Claims Distribution - Fri, 11-07-2025 $4,797.02 | 2100-000 | | | |
| | | Gene W. Doeling | Claims Distribution - Fri, 11-07-2025 $546.28 | 2200-000 | | | |
| 01/08/26 | 103 | Haga Kommer | Combined payments for claim number , | | | 1,895.02 | 32,584.49 |

**Page Subtotals:** **$40,470.23** **$7,885.74**

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30287 | **Trustee Name:** | Gene W. Doeling (540081) |
| **Case Name:** | MARCUS WAYNE HANSON | **Bank Name:** | TriState Capital Bank |
| | KATHRYN BROOKE HANSON | **Account #:** | ******1863 Checking |
| **Taxpayer ID #:** | **-***8963 | **Blanket Bond (per case limit):** | $27,281,000.00 |
| **For Period Ending:** | 10/25/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| | | Haga Kommer | Claims Distribution - Fri, 11-07-2025 $1,845.00 | 3410-000 | | | |
| | | Haga Kommer | Claims Distribution - Fri, 11-07-2025 $50.02 | 3992-000 | | | |
| 01/08/26 | 104 | KALER DOELING, PLLP | Combined payments for claim number , | | | 3,736.34 | 28,848.15 |
| | | KALER DOELING, PLLP | Claims Distribution - Fri, 11-07-2025 $3,719.00 | 3110-000 | | | |
| | | KALER DOELING, PLLP | Claims Distribution - Fri, 11-07-2025 $17.34 | 3120-000 | | | |
| 01/08/26 | 105 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $6,242.13; Claim # 11; Filed: $6,242.13 | 5800-000 | | 6,242.13 | 22,606.02 |
| 01/08/26 | 106 | Minnesota Revenue | Distribution payment - Dividend paid at 100.00% of $1,590.91; Claim # 19P; Filed: $1,590.91 | 5800-000 | | 1,590.91 | 21,015.11 |
| 01/08/26 | 107 | U.S. Bankruptcy Court | Combined small dividends. Voided on 01/08/2026 | | | 3.70 | 21,011.41 |
| | | CenturyTel Service Group, LLC dba CenturyLink | Claims Distribution - Fri, 11-07-2025 $0.64 | 7100-004 | | | |
| | | Sws Credit Services In | Claims Distribution - Fri, 11-07-2025 $2.15 | 7100-004 | | | |
| | | Discover Bank | Claims Distribution - Fri, 11-07-2025 $0.19 | 7100-004 | | | |
| | | Verizon | Claims Distribution - Fri, 11-07-2025 $0.72 | 7100-004 | | | |
| 01/08/26 | 107 | U.S. Bankruptcy Court | Combined small dividends. Voided: check issued on 01/08/2026 | | | -3.70 | 21,015.11 |
| | | CenturyTel Service Group, LLC dba CenturyLink | Claims Distribution - Fri, 11-07-2025 $0.64 | 7100-004 | | | |
| | | Sws Credit Services In | Claims Distribution - Fri, 11-07-2025 $2.15 | 7100-004 | | | |
| | | Discover Bank | Claims Distribution - Fri, 11-07-2025 $0.19 | 7100-004 | | | |
| | | Verizon | Claims Distribution - Fri, 11-07-2025 $0.72 | 7100-004 | | | |
| 01/08/26 | 108 | American Express National Bank, AENB | Distribution payment - Dividend paid at 0.95% of $109,832.44; Claim # 2; Filed: $109,832.44 | 7100-000 | | 1,047.07 | 19,968.04 |
| | | | | **Page Subtotals:** | **$0.00** | **$12,616.45** | |

# Form 2

Exhibit 9



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30287 | **Trustee Name:** | Gene W. Doeling (540081) |
| **Case Name:** | MARCUS WAYNE HANSON<br>KATHRYN BROOKE HANSON | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******1863 Checking |
| **Taxpayer ID #:** | **-***8963 | **Blanket Bond (per case limit):** | $27,281,000.00 |
| **For Period Ending:** | 10/25/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/08/26 | 109 | Peterson Lumber of Thief River Falls Inc | Distribution payment - Dividend paid at 0.95% of $25,110.90; Claim # 3; Filed: $25,110.90 | 7100-000 | | 239.39 | 19,728.65 |
| 01/08/26 | 110 | Bank of North Dakota | Distribution payment - Dividend paid at 0.95% of $28,340.62; Claim # 4; Filed: $28,340.62 | 7100-000 | | 270.18 | 19,458.47 |
| 01/08/26 | 111 | Sws Credit Services In | Distribution payment - Dividend paid at 0.95% of $7,518.05; Claim # 6; Filed: $7,518.05 | 7100-000 | | 71.67 | 19,386.80 |
| 01/08/26 | 112 | Sws Credit Services In | Distribution payment - Dividend paid at 0.95% of $4,419.74; Claim # 7; Filed: $4,419.74 | 7100-000 | | 42.13 | 19,344.67 |
| 01/08/26 | 113 | Capital One N.A. | Distribution payment - Dividend paid at 0.95% of $2,474.58; Claim # 8; Filed: $2,474.58 | 7100-000 | | 23.59 | 19,321.08 |
| 01/08/26 | 114 | HANMI BANK | Distribution payment - Dividend paid at 0.95% of $61,015.01; Claim # 10; Filed: $61,015.01 | 7100-000 | | 581.68 | 18,739.40 |
| 01/08/26 | 115 | Veridian Credit Union | Distribution payment - Dividend paid at 0.95% of $6,276.60; Claim # 12; Filed: $6,276.60 | 7100-000 | | 59.84 | 18,679.56 |
| 01/08/26 | 116 | Paint and Glass Interiors, Inc. | Distribution payment - Dividend paid at 0.95% of $24,398.86; Claim # 13; Filed: $24,398.86 | 7100-000 | | 232.60 | 18,446.96 |
| 01/08/26 | 117 | Lee Plumbing | Distribution payment - Dividend paid at 0.95% of $20,438.94; Claim # 15; Filed: $20,438.94 | 7100-000 | | 194.85 | 18,252.11 |
| 01/08/26 | 118 | Border Bank | Distribution payment - Dividend paid at 0.95% of $131,269.77; Claim # 16U; Filed: $131,269.77 | 7100-000 | | 1,251.44 | 17,000.67 |
| 01/08/26 | 119 | Border Bank | Distribution payment - Dividend paid at 0.95% of $1,320,731.59; Claim # 17; Filed: $1,320,731.59 | 7100-000 | | 12,590.97 | 4,409.70 |
| 01/08/26 | 120 | Atlantic Specialty Insurance Company | Distribution payment - Dividend paid at 0.95% of $462,167.66; Claim # 18; Filed: $462,167.66 Stopped on 04/20/2026 | 7100-000 | | 4,406.00 | 3.70 |
| 01/22/26 | | CLERK OF THE BANKRUPTCY COURT | NDB PYMT NDB PYMT BANKRUPTCY ESTATE OF M | | | 3.70 | 0.00 |
| | | CenturyTel Service Group, LLC dba CenturyLink | supplemental distribution $0.64 | 7100-000 | | | |
| | | Sws Credit Services In | supplemental distribution $2.15 | 7100-000 | | | |
| | | Discover Bank | supplemental distribution $0.19 | 7100-000 | | | |
| | | Verizon | supplemental distribution $0.72 | 7100-000 | | | |
| 02/02/26 | | State of Minnesota | Return of distribution payment. | 5800-000 | | -1,590.91 | 1,590.91 |
| 04/20/26 | 120 | Atlantic Specialty Insurance Company | Distribution payment - Dividend paid at 0.95% of $462,167.66; Claim # 18; Filed: $462,167.66 Stopped: check issued on 01/08/2026 | 7100-000 | | -4,406.00 | 5,996.91 |
| 04/23/26 | 121 | Atlantic Specialty Insurance Company | reissued distribution check to replace lost check | 7100-000 | | 4,406.00 | 1,590.91 |

**Page Subtotals:** $0.00 $18,377.13

# Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30287 | **Trustee Name:** | Gene W. Doeling (540081) |
| **Case Name:** | MARCUS WAYNE HANSON | **Bank Name:** | TriState Capital Bank |
| | KATHRYN BROOKE HANSON | **Account #:** | ******1863 Checking |
| **Taxpayer ID #:** | **-***8963 | **Blanket Bond (per case limit):** | $27,281,000.00 |
| **For Period Ending:** | 10/25/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/26 | 122 | American Express National Bank, AENB | Distribution payment - Dividend paid at 0.07% of $109,832.44; Claim # 2; Filed: $109,832.44 | 7100-000 | | 79.27 | 1,511.64 |
| 07/20/26 | 123 | Peterson Lumber of Thief River Falls Inc | Distribution payment - Dividend paid at 0.07% of $25,110.90; Claim # 3; Filed: $25,110.90 | 7100-000 | | 18.12 | 1,493.52 |
| 07/20/26 | 124 | Bank of North Dakota | Distribution payment - Dividend paid at 0.07% of $28,340.62; Claim # 4; Filed: $28,340.62 | 7100-000 | | 20.45 | 1,473.07 |
| 07/20/26 | 125 | Sws Credit Services In | Distribution payment - Dividend paid at 0.07% of $7,518.05; Claim # 6; Filed: $7,518.05 | 7100-000 | | 5.43 | 1,467.64 |
| 07/20/26 | 126 | U.S. Bankruptcy Court | Combined small dividends. Voided on 07/20/2026 | | | 9.79 | 1,457.85 |
| | | Sws Credit Services In | Claims Distribution - Mon, 07-20-2026 $3.19 | 7100-004 | | | |
| | | Discover Bank | Claims Distribution - Mon, 07-20-2026 $0.01 | 7100-004 | | | |
| | | Capital One N.A. | Claims Distribution - Mon, 07-20-2026 $1.79 | 7100-004 | | | |
| | | CenturyTel Service Group, LLC dba CenturyLink | Claims Distribution - Mon, 07-20-2026 $0.05 | 7100-004 | | | |
| | | Sws Credit Services In | Claims Distribution - Mon, 07-20-2026 $0.16 | 7100-004 | | | |
| | | Veridian Credit Union | Claims Distribution - Mon, 07-20-2026 $4.53 | 7100-004 | | | |
| | | Verizon | Claims Distribution - Mon, 07-20-2026 $0.06 | 7100-004 | | | |
| 07/20/26 | 126 | U.S. Bankruptcy Court | Combined small dividends. Voided: check issued on 07/20/2026 | | | -9.79 | 1,467.64 |
| | | Sws Credit Services In | Claims Distribution - Mon, 07-20-2026 $3.19 | 7100-004 | | | |
| | | Discover Bank | Claims Distribution - Mon, 07-20-2026 $0.01 | 7100-004 | | | |
| | | Capital One N.A. | Claims Distribution - Mon, 07-20-2026 $1.79 | 7100-004 | | | |
| | | CenturyTel Service Group, LLC dba CenturyLink | Claims Distribution - Mon, 07-20-2026 $0.05 | 7100-004 | | | |

**Page Subtotals:** $0.00 $123.27

# Form 2

Exhibit 9



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30287 | **Trustee Name:** | Gene W. Doeling (540081) |
| **Case Name:** | MARCUS WAYNE HANSON<br>KATHRYN BROOKE HANSON | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******1863 Checking |
| **Taxpayer ID #:** | **-***8963 | **Blanket Bond (per case limit):** | $27,281,000.00 |
| **For Period Ending:** | 10/25/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Sws Credit Services In | Claims Distribution - Mon, 07-20-2026 $0.16 | 7100-004 | | | |
| | | Veridian Credit Union | Claims Distribution - Mon, 07-20-2026 $4.53 | 7100-004 | | | |
| | | Verizon | Claims Distribution - Mon, 07-20-2026 $0.06 | 7100-004 | | | |
| 07/20/26 | 127 | HANMI BANK | Distribution payment - Dividend paid at 0.07% of $61,015.01; Claim # 10; Filed: $61,015.01 | 7100-000 | | 44.03 | 1,423.61 |
| 07/20/26 | 128 | Paint and Glass Interiors, Inc. | Distribution payment - Dividend paid at 0.07% of $24,398.86; Claim # 13; Filed: $24,398.86 | 7100-000 | | 17.61 | 1,406.00 |
| 07/20/26 | 129 | Lee Plumbing | Distribution payment - Dividend paid at 0.07% of $20,438.94; Claim # 15; Filed: $20,438.94 | 7100-000 | | 14.75 | 1,391.25 |
| 07/20/26 | 130 | Border Bank | Distribution payment - Dividend paid at 0.07% of $131,269.77; Claim # 16U; Filed: $131,269.77 | 7100-000 | | 94.74 | 1,296.51 |
| 07/20/26 | 131 | Border Bank | Distribution payment - Dividend paid at 0.07% of $1,320,731.59; Claim # 17; Filed: $1,320,731.59 | 7100-000 | | 953.18 | 343.33 |
| 07/20/26 | 132 | Atlantic Specialty Insurance Company | Distribution payment - Dividend paid at 0.07% of $462,167.66; Claim # 18; Filed: $462,167.66 | 7100-000 | | 333.54 | 9.79 |
| 08/05/26 | | CLERK OF THE BANKRUPTCY COURT | NDB PYMT NDB PYMT BANKRUPTCY ESTATE OF M | 7100-000 | | 9.79 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 40,470.23 | 40,470.23 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 40,470.23 | 40,470.23 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $40,470.23 | $40,470.23 | |

# Form 2



## Cash Receipts And Disbursements Record

**Case No.:** 24-30287
**Case Name:** MARCUS WAYNE HANSON
KATHRYN BROOKE HANSON
**Taxpayer ID #:** **-***8963
**For Period Ending:** 10/25/2026

**Trustee Name:** Gene W. Doeling (540081)
**Bank Name:** TriState Capital Bank
**Account #:** ******1863 Checking
**Blanket Bond (per case limit):** $27,281,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1863 Checking | $40,470.23 | $40,470.23 | $0.00 |
| | **$40,470.23** | **$40,470.23** | **$0.00** |